# EXHIBIT A

District 1

# Case Summary

### Case No. 2023CH08137

| | | | |
|---|---|---|---|
| **W.E.B. Production & Fabricating, Inc.-vs-Insurance Company of the West** | § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, 1** **09/13/2023** **38819** |

---

## Case Information

|  | |
|---|---|
| Case Type: | Class Actions |
| Case Status: | **09/13/2023**  **Pending** |

---

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2023CH08137 |
| Court | District 1 |
| Date Assigned | 09/13/2023 |
| Judicial Officer | Calendar, 1 |

---

## Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **W.E.B. Production & Fabricating, Inc.** | **Malmstrom, Carl Vincent** *Retained* |
| **Defendant** | **Insurance Company of the West** | |

---

## Events and Orders of the Court

| | |
|---|---|
| 01/11/2024 | **Case Management**   (10:00 AM)   (Judicial Officer: Wilson, Thaddeus L) Resource: Location D1 Richard J Daley Center |
| 10/02/2023 | Waiver Filed *Waiver of Service of Summons Filed* |
| 09/13/2023 | New Case Filing |
| 09/13/2023 | Motion Filed *Plaintiff's Motion for Class Certification* |
| 09/13/2023 | Summons Issued And Returnable *Summons (Issued and Returnable)* |
| 09/13/2023 | Class Action Complaint Filed (Jury Demand) *Class Action Complaint* |

Filer Selected Blitt and Gaines approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Location: SOUTH MUNICIPAL
Judge: Courtroom, 0206
System Generated Hearing Date: No hearing information was found.
Location: No Hearing Court found.
Judge: No Hearing information was found.

**STATE OF ILLINOIS,**

**COOK COUNTY**

**SMALL CLAIMS SUMMONS**

For Court Use Only

FILED
9/13/2023 8:51 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20213004854
Courtroom, 0206
24347391

Discover Bank.

Directly above, enter the name of the county where you are filing the case.

**Plaintiff** (*First, middle, last*)
v.

Enter your name as Plaintiff.

**Defendants** (*First, middle, last name or business name*):
Derek A Wyse

Enter the names of all people or businesses you are suing as Defendants.

☒ **Alias Summons** (*Check this box if this is not the 1st Summons issued for this Defendant.*)

21 M3 004854
**Case Number**

Enter the Case Number given by the Circuit Clerk.

---

### IMPORTANT: You have been sued.

Read all documents attached to this *Summons*.

To participate in the case, you MUST file an official document with the court within the time stated on this Summons called an "Appearance" and a document called an "Answer/Response". The Answer/Response is not required in small claims or eviction cases unless ordered by the court. If you do not file an Appearance and Answer/Response on time, the court may decide the case without hearing from you, and you could be held in default and lose the case.

All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this

Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**Plaintiff**     **If you are suing more than 1 Defendant, fill out a *Small Claims Summons* form for each Defendant.**

1.  **Defendant's address and service information:**
    a.       Defendant's primary address/information for service:
             Name (*First, Middle, Last*):Derek A Wyse
             Registered Agent's name, if any: _____
             Street Address, Apt #: 2170 s goebbert rd unit 128
             City, State, ZIP: Arlington Heights IL 60005-4127
             Telephone: _____
             Email Address: _____

In 1(a), enter the name and address of a Defendant. If you are serving a Registered Agent, include the Registered Agent's name and address here.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Blitt and Gaines, P.C. - Attorney for Plaintiff                                                                21035160
775 Corporate Woods Parkway, Vernon Hills, IL 60061
(844) 762-8212 TTY: 711
pleadings2@blittandgaines.com
Fax: (847) 499-7599
Atty. No.: 32887

CS-S 705.1                                    Page 1 of 2                                    (05/23)

| In 1(b), enter a second address for Defendant if you have one. | | b. | If you have more than one address where Defendant might be found, list that here: |
| --- | --- | --- | --- |

b.    If you have more than one address where Defendant might be found, list that here:
Name (*First, Middle, Last*): _____
Registered Agent's name, if any: _____
Street Address, Apt #: _____
City, State, ZIP: _____
Telephone: _____
Email Address: _____

c.    Method of service on Defendant
     ☐ certified copy by certified or registered mail    ☐ sheriff
     ☒ special process server

**2.**    **Information about the lawsuit:**
     Amount Claimed: <u>$3,665.93</u> plus costs

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all the documents attached to this *Small Claims Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

**3.**    **Instructions for person receiving this *Small Claims Summons (Defendant)*:**
     a.    To respond to this *Small Claims Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
       Address: <u>2121 Euclid Avenue</u>
       City, State, Zip: <u>Rolling Meadows, IL 60008</u>

     ERP Case Management Date: _____
     Time: _____ Room: <u>206</u>

PLEASE SEE ATTACHED ZOOM INSTRUCTIONS

**Witness this Date:** 9/13/2023 8:51 AM IRIS Y. MARTINEZ

*Seal of Court*

**Clerk of the Court:** _____

Date of Service: _____
*(Date to be entered by an officer or process server on the copy of this Summons left with Defendant or other person.)*

| STOP! The Circuit Clerk will fill in this section. |
| --- |
| STOP! The officer or process server will fill in the Date of Service. |

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

CS-S 705.3            Page 2 of 2            (05/23)

FILED DATE: 9/13/2023 8:51 AM 2021 3004854

Margin notes:
In 1(b), enter a second address for Defendant if you have one.
In 1(c), check how you are sending your documents to that Defendant.
In 2, enter the amount of money owed to you.

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 9/13/2023 8:51 AM    20213004854

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave. Rm 526
  Chicago, IL 60608

## Daley Center Division/Departments
- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

# ZOOM INSTRUCTIONS

**Courtroom 204**
Zoom ID: 967 0125 5353          Password:  680014

**Courtroom 205**
Zoom ID: 984 0874 5677          Password:  154544

**Courtroom 206**
Zoom ID: 988 2593 4540          Password:  659357

Alternatively, you may telephonically dial (312) 626-6799, then when prompted by Zoom, enter the same Meeting ID #.  After entering the Meeting ID #, you will be admitted by the court in the order in which your case appears on the Clerk's court call

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 9/13/2023 8:51 AM    20213004854

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.
TYPE: Court NTC



Cook County
# LEGAL AID
for Housing and Debt

*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

**Are you dealing with an eviction or unresolved debt issue?**

**Do you live in Cook County?**

**You are not in this alone. You may be eligible for FREE legal help.**

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

## You can use the program if:

You are a renter and your landlord is trying to evict you;

You are a landlord who is not represented by a lawyer;

You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR

You need to sue someone who owes you money and do not have a lawyer.

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues. Visit www.cookcountylegalaid.org for information about other programs and services.

   

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 9/13/2023 8:51 AM   2021D004854

TYPE: Court NTC

# AYUDA LEGAL
## para viviendas y deudas
## del Condado de Cook

*Ayuda para resolver problemas de desalojo, ejecución
de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

**¿Está enfrentando un problema de desalojo o deuda no resuelta?**

**¿Vive en el condado de Cook?**

**No está solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.**

Para obtener mas informacion, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa esta disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda.

## Puede usar el programa si:
**es inquilino y el dueño intenta desalojarlo;**

**es dueño y no tiene un abogado representante;**

**recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN**

**necesita demandar a alguien que le debe dinero y no tiene un abogado.**

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un dueño y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

**El Programa de Resolución Temprana se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcountylegalaid.org para obtener información acerca de otros programas y servicios.**






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 9/13/2023 8:51 AM 20213004854

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC



Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki długami oraz sprawami podatkowymi.

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

**Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia? Czy mieszkasz w hrabstwie Cook? Nie jesteś w tym sam(a). Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763 lub odwiedzając stronę internetową www.cookcountylegalaid.org

Sprawy takie jak eksmisja czy nierozwiązane kwestie zadłużenia mogą mieć długotrwały i negatywny wpływ na Twoją przyszłość. Skontaktuj się z personelem Early Resolution Program (ERP), aby porozmawiać z prawnikiem lub uzyskać dostęp do innych zasobów. Program ten jest nieodpłatnie dostępny dla wszystkich mieszkańców hrabstwa Cook. Nie musisz mieć sprawy w sądzie, aby uzyskać pomoc.

### Możesz skorzystać z programu, jeśli:

**Wynajmujesz mieszkanie lub dom, a jego właściciel zamierza Cię eksmitować;**

**Wynajmujesz komuś mieszkanie lub dom, a nie masz prawnika;**

**Zostałeś/-aś pozwany/-a do sądu przez kogoś, kto chce od Ciebie ściągnąć niezapłacony dług (na przykład firma obsługująca karty kredytowe, której zalegasz z tytułu nieuiszczonych opłat); LUB**

**Zamierzasz pozwać kogoś, kto jest Ci dłużny pieniądze, a nie masz prawnika.**

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej, usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla właściciela i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy kompetentnego i bezstronnego specjalisty.

**Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.**






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

Hearing Date: 1/11/2024 10:00 AM
Location: Richard J Daley Center
Judge: Wilson, Thaddeus L

Case: 1:23-cv-15379 Document #: 12-1 Filed: 10/27/23 Page 10 of 164 PageID #:313

FILED
9/13/2023 1:11 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH08137
Calendar, 1
24355910

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| W.E.B PRODUCTION & FABRICATING, INC., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>INSURANCE COMPANY OF THE WEST,<br><br>     Defendant. | Case No.<br><br><br>**JURY TRIAL DEMANDED** |

### CLASS ACTION COMPLAINT

Plaintiff W.E.B Production & Fabricating, Inc. ("Plaintiff") brings this action on behalf of itself and all others similarly situated against Defendant Insurance Company of the West ("Defendant"). Plaintiff makes the following allegations based upon information and belief, except as to allegations specifically pertaining to itself, which are based upon personal knowledge.

### NATURE OF THE ACTION

1.  This lawsuit seeks refunds of the unlawful workers' compensation insurance premiums Defendant charged Plaintiff and the putative Class (defined below). As detailed further herein, Defendant has charged Plaintiff and the Class illegal and improper insurance premium rates by secretly using pretextual methods to determine Plaintiff's and the Class's "Schedule Rating Modification Factors" ("SRMFs"), components in the calculation of insureds' "Schedule Rating Modification" ("SRM") that is used to determine insureds' premiums.

2.  Instead of using the method for calculating insureds' SRMFs and SRMs set forth in the "Schedule Rating Plan" Defendant filed with the Illinois Department of Insurance ("Insurance Department"), wherein Defendant stated it would base the SMRFs on evidence in insureds' files at the time that the SMRF is determined, Defendant instead used a separate, secret

1

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

methodology to predetermine the SRM it sought to reach for each insured, and then assigned pretextual values to the SMRFs to reach the desired SRM (and consequent premium) (the "Pretextual Method").

3.      In other words, Defendant informed the Insurance Department and the public that it would calculate insureds' premiums using the methodology in the filed Schedule Rating Plan, but then secretly used an entirely different undisclosed methodology, the Pretextual Method, to determine the SRM Defendant sought to reach.  Defendant has used this undisclosed and illegal Pretextual Method since at least 2016.

4.      These actions by Defendant breached its insurance policies with Plaintiff and the Class.  Defendant's actions also violated various Illinois Statutes relating to insurance as well as the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq*. ("ICFA").  Defendant was also unjustly enriched through its actions.

5.      Plaintiff seeks restitution and damages stemming from Defendant's illegal actions. Plaintiff also seeks to enjoin Defendant from continuing to illegally use the undisclosed Pretextual Method to determine insureds' SRMFs, SRMs and consequent insurance premiums.

## **PARTIES**

6.      Plaintiff W.E.B Production & Fabricating, Inc. is a full-service welding, fabricating, and structural steel erecting company.  Plaintiff was incorporated in Illinois and at all relevant times has had its headquarters in Cook County, Illinois.  Plaintiff is therefore a domiciliary and citizen of Illinois.

7.      Defendant Insurance Company of the West sells worker's compensation insurance throughout Illinois, including in Cook County.  Defendant's headquarters are at 15025 Innovation Drive, San Diego, California.

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

## JURISDICTION AND VENUE

8.      This Court has personal jurisdiction over Defendant because, *inter alia*, Defendant (a) marketed its insurance products in Illinois; (b) sold workers' compensation insurance policies to Illinois residents; and therefore (c) derived substantial revenue from Illinois and availed itself of the privilege of doing business in Illinois.

9.      Venue is proper in this County because Defendant conducts its usual and customary business in this County.  *See* 735 ILCS 5/2-101; 735 ILCS 5/2-102(a).

## FACTUAL ALLEGATIONS

10.      Defendant reports on its website that it has approximately 300,000 policyholders and quotes more than $3 billion in insurance policies annually.[1]  Upon information and belief, a significant portion of the policies are issued to Illinois insureds.  Defendant further states on its website that one of its "Values" is "Integrity – Act with integrity, respect, care and trust."[2]

11.      Illinois has an "file and approve" system where each insurer charges its own rates but is subject to close scrutiny and approval by the Insurance Department to protect workers and employers.

12.      A file and approve system like the one used by Illinois has the purpose of, *inter alia*, preventing monopolistic practices, ensuring that carriers charge adequate rates to cover their losses, providing public access to rate information and curtailing discriminatory pricing.

13.      Providers of workers' compensation insurance in Illinois are subject to numerous statutory and regulatory requirements, including that they pre-file various aspects of how insureds' premiums will be calculated with the Director of the Insurance Department (the "Director").  215 ILCS 5/457(1) requires that "[e]very company shall prefile with the Director every manual of

---

[1] *See* https://www.icwgroup.com/about/ (last accessed September 13, 2023).

[2] https://www.icwgroup.com/about/mission-values/ (last accessed September 13, 2023).

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

classifications, every manual of rules and rates, every rating plan and every modification of the foregoing which it intends to use." Pursuant to 215 ILCS 5/457(3), such filings "shall be open to public inspection as soon as filed." *Id.* 215 ILCS 5/457(4) requires that a "filing shall not be effective nor used until approved by the Director." *Id.* 215 ILCS 5/467 also provides that "[n]o person, company or organization shall willfully withhold information from, or knowingly give false or misleading information to the Director, any statistical agency designated by the Director, any rating organization, or any company which will affect the rates or premiums chargeable under this Article."

14.     Defendant's Schedule Rating Plan, filed with the Insurance Department in various iterations since at least 2009, states that in calculating insureds' premiums Defendant would apply an SRM to insureds' base premiums.[3]  The Schedule Rating Plan details how surcharges (if the SRM is positive) or discounts (if the SRM is negative) are made to insureds' base premiums by multiplying the base premium by the insureds' SRM.

15.     Defendant *claims* through its Schedule Rating Plan that the SRM is based upon ten factors (the SRMFs) such as Class Fit,[4] Condition of Premises, Risk Management/Safety, and others that "distinguish [the insured] from average for the classification and/or the type of business," and that these factors "shall be based on evidence that is contained in the file of the insurer at the time the schedule debit or credit is applied." Ex. A at 1-2.  However, Defendant does not actually use the methodology from its publicly filed Schedule Rating Plan to calculate the SRMFs and SRM for insureds or base these calculations only on "evidence that is contained in the

---

[3] The most recent Schedule Rating Plan Defendant filed with the Insurance Department in 2017 is attached as Exhibit A.

[4] "Class Fit" is based on the extent to which an insured's operations are more or less risky than average for the insureds' industry.  *See* Ex. A at 1 (describing Class Fit factor as considering "[h]ow the insured's operations compare to those normally contemplated within their class code(s).").

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

file of the insurer at the time the schedule debit or credit is applied." *Id.* at 2.

16.     Instead, beginning at least as early as 2016, Defendant has used the secret Pretextual Method whereby Defendant first predetermines its desired SRM (and consequent premium), ostensibly in order to assure a certain profit, and then pretextually assigns artificial values to the SRMFs in order to equal the prearranged SRM.

17.     Defendant violated 215 ILCS 5/457 and 215 ILCS 5/467, among other statutes, by using the secret, unfiled Pretextual Method to determine Plaintiff and the Class Members' SRMFs and SRMs.

18.     215 ILCS 5/462(b) provides that insurance companies "shall apply correct classifications, payrolls and other factors of a rating system to compute premiums." *Id.* It further provides that if, as here, the "application of incorrect classifications, payrolls or any other factors of a rating system results in the payment by an insured of premiums in excess of the premiums that would have been paid utilizing the correct applications of classifications, payrolls or other factors of a rating system, the insurer shall refund to the insured the excessive premium paid for the period during which the incorrect application of classifications, payrolls or other factors of a rating system were applied."

**Plaintiff's Facts**

19.     Plaintiff purchased workers' compensation insurance from Defendant including policies effective for the periods January 28, 2018 through January 28, 2019 ("2018 Policy"), January 28, 2019 through January 28, 2020 ("2019 Policy"), January 28, 2021 through January 28, 2022 ("2021 Policy") and January 28, 2022 through January 28, 2023 ("2022 Policy").[5] Under these Policies, Defendant unlawfully charged Plaintiff insurance premium rates determined by

---

[5]     The 2019 Policy, 2020 Policy, 2022 Policy and 2023 Policy are attached as Exhibits B-E, respectively.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

using the undisclosed Pretextual Method.

20.     Plaintiff was assigned an SRM of 1.25 for its 2019 Policy and was charged premiums by Defendant based in part on the SRM.  Defendant assigned the 1.25 SRM to Plaintiff for its 2019 Policy based on its use of the Pretextual Method.

21.     Defendant's use of the 1.25 SRM increased Plaintiff's premiums for the 2018 Policy period by approximately $14,612.02.

22.     Plaintiff was assigned an SRM of 1.25 for its 2019 Policy and was charged premiums to Defendant based in part on the SRM.  Defendant assigned the 1.25 SRM to Plaintiff for its 2019 Policy based on its use of the Pretextual Method.

23.     Defendant's use of the 1.25 SRM increased Plaintiff's premiums for the 2019 Policy period by approximately $16,950.43.

24.     Plaintiff was assigned an SRM of 1.70 for its 2021 Policy and was charged premiums by Defendant based in part on the SRM.  Defendant assigned the 1.70 SRM to Plaintiff for its 2021 Policy based on its use of the Pretextual Method.

25.     Defendant's use of the 1.70 SRM increased Plaintiff's premiums for the 2021 Policy period by approximately $27,723.38.

26.     Plaintiff was assigned an SRM of 1.50 for its 2022 Policy and was charged premiums by Defendant based in part on the SRM.  Defendant assigned the 1.50 SRM to Plaintiff for its 2022 Policy based on its use of the Pretextual Method.

27.     Defendant's use of the 1.50 SRM increased Plaintiff's premiums for the 2022 Policy period by approximately $20,471.23.

28.     In total, Defendant has charged Plaintiff approximately $79,757.03 in excess premiums due to Defendant's unlawful use of the secret Pretextual Method to determine Plaintiff's SRM and consequent premiums.

29.     Neither Plaintiff nor the members of the Class had any reasonable way to learn that Defendant was secretly using the Pretextual Method to determine their SRMFs and SRM, and Defendant has represented and continues to publicly represent through its filings that it uses the method stated in the Schedule Rating Plan.

## CLASS ALLEGATIONS

30.     **Class Definition:**  Plaintiff bring this class action pursuant to 735 ILCS 5/2-801 individually on behalf of itself and on behalf of all others similarly situated.  The Class is defined as follows:

> All Illinois insureds of Defendant whose workers' compensation insurance premiums were calculated using a Schedule Rating Modification in excess of 1.00, and where such calculation resulted in the insured being charged a higher premium than the insured would have otherwise paid.

31.     Excluded from the Class are Defendant, its affiliates, predecessors, successors, officers, directors, agents, servants and employees and the immediate families of such persons, any judge assigned to this case, and their family members to the third degree.

32.     Subject to additional information obtained through further investigation and discovery, the above-described Class may be modified or narrowed as appropriate, including through the use of subclasses.

33.     **Numerosity:**  Pursuant to 735 ILCS 5/2-801(1), the number of persons within the Class is substantial, believed to amount to thousands of entities and individuals.  It is, therefore, impractical to join each member of the Class as a named plaintiff.  Further, the size and relatively modest value of the claims of the individual members of the Class renders joinder impractical. Accordingly, utilization of the class action mechanism is the most economically feasible means of determining and adjudicating the merits of this litigation.  Moreover, the Class is ascertainable and identifiable from Defendant's records.

34.     **Commonality and Predominance:**  Pursuant to 735 ILCS 5/2-801(2), there are

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

well-defined common questions of fact and law that exist as to all members of the Class and that predominate over any questions affecting only individual members of the Class. These common legal and factual questions, which do not vary between each member of the Class, and which may be determined without reference to the individual circumstances of any class member, include, but are not limited to, the following:

a.   Whether Defendant filed the Pretextual Method with the Insurance Department;

b.   Whether Defendant publicly disclosed its use of the Pretextual Method;

c.   Whether Defendant violated 215 ILCS 5/457 by failing to file the Pretextual Method with the Insurance Department;

d.   Whether Defendant violated 215 ILCS 5/457 by failing to publicly disclose its use of the Pretextual Method;

e.   Whether Defendant violated 215 ILCS 5/457 by hiding the true methodology it used to determine the SRMs, and consequent premiums, of Plaintiff and the Class;

f.   Whether Defendant violated 215 ILCS 5/467 by filing the Schedule Rating Plan with the Insurance Department that it did not use to calculate the SRMs, and consequent premiums, of Plaintiff and the Class;

g.   Whether Defendant violated 215 ILCS 5/467 by failing to file the Pretextual Method with the Insurance Department;

h.   Whether Defendant violated 215 ILCS 5/467 by failing to publicly disclose its use of the Pretextual Method;

i.   Whether Defendant violated 215 ILCS 5/467 by hiding the true methodology it used to determine the SRMs, and consequent premiums, of Plaintiff and the Class;

j.   Whether Defendant violated 215 ILCS 5/462(b) by filing the Schedule Rating Plan with the Insurance Department that it did not use to calculate the SRMs, and consequent premiums, of Plaintiff and the Class;

k.   Whether Defendant violated 215 ILCS 5/462(b) by failing to file the Pretextual Method with the Insurance Department;

l.   Whether Defendant violated 215 ILCS 5/462(b) by failing to publicly disclose its use of the Pretextual Method;

m.   Whether Defendant breached Defendant's contracts for insurance with Plaintiff and the Class through its conduct;

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

n.      Whether Defendant violated the ICFA through its conduct;

o.      Whether Defendant was unjustly enriched through its conduct;

p.      Whether Defendant concealed its improper and illegal actions from members of the Class;

q.      Whether Defendant should be enjoined from continuing its improper practices; and

r.      The proper measure of damages for each claim.

35.     **Adequacy:** Pursuant to 735 ILCS 5/2-801(3), Plaintiff has retained and is represented by qualified and competent counsel who are highly experienced in complex consumer class action litigation. Plaintiff and its counsel are committed to vigorously prosecuting this class action. Moreover, Plaintiff is able to fairly and adequately represent and protect the interests of the Class. Neither Plaintiff nor its counsel have any interest adverse to, or in conflict with, the interests of the absent members of the Class. Plaintiff has raised viable common law and statutory claims of the type reasonably expected to be raised by members of the Class, and will vigorously pursue those claims. If necessary, Plaintiff may seek leave of this Court to amend this Class Action Complaint to (a) include additional representatives to represent the Class; (b) include additional claims as may be appropriate; or (c) amend the definition of the Class or propose subclasses.

36.     **Propriety of Class Treatment:** Pursuant to 735 ILCS 5/2-801(4), a class action is an appropriate method for the fair and efficient adjudication of this controversy because individual litigation of the claims of all members of the Class is impracticable. Even if every member of the Class could afford to pursue individual litigation, the court system could not. It would be unduly burdensome to the courts in which individual litigation of numerous cases would proceed. Individualized litigation would also present the potential for varying, inconsistent, or contradictory judgments, and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. By contrast, the maintenance of

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

this action as a class action, with respect to some or all of the issues presented herein, presents few management difficulties, conserves the resources of the parties and of the court system and protects the rights of each member of the Class. Plaintiff anticipates no difficulty in the management of this action as a class action.

### FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT

37.     Plaintiff incorporates the allegations in paragraphs 1 to 36 as if fully set forth herein.

38.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class against Defendant.

39.     Plaintiff and the Class entered into binding contracts with Defendant for it to provide workers' compensation insurance to Plaintiff and the Class.

40.     Upon information and belief, these standard form contracts provided in pertinent part that all "premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance." 2023 Policy at 12. The contracts further provide that "[t]he final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy." *Id*.

41.     Plaintiff and each member of the Class purchased a workers' compensation insurance policy from Defendant and was charged a premium by Defendant based in part on Defendant's unlawful application of an SRM determined by the undisclosed Pretextual Method to calculate the premiums of Plaintiff and the Class.

42.     Defendant further breached its agreements with Plaintiff and the Class by charging insurance rates that were not calculated in a lawful manner. For the reasons set forth herein, Defendant's use of the undisclosed Pretextual Method to calculate the premiums of Plaintiff and

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

the Class was unlawful. Accordingly, Defendant's assessment of unlawful rates is a breach of Defendant's insurance agreements with Plaintiff and the Class which promise that Defendant will only charge insurance rates "that lawfully apply to the business and work covered by this policy." *Id.*

43.    Plaintiff has performed all of the terms of its agreements with Defendant except for those for which performance has been excused by Defendant's unlawful conduct.

44.    Plaintiff provided Defendant notice of Plaintiff's claims by FedExed letter received by Defendant on August 9, 2023. Counsel for the parties subsequently communicated but were not able to reach a resolution of Plaintiff's class claims, leaving Plaintiff with no other means of redress apart from bringing this class action.

45.    As a direct and proximate result of Defendant's breach of the agreements, Plaintiff and the Class have suffered losses in an amount exceeding the jurisdictional minimum of this Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of itself and the proposed Class, respectfully requests that this Court enter an Order:

A.    Finding that this action satisfies the prerequisites for maintenance as a class action set forth in 735 ILCS 5/2-801 *et seq.*, and certifying the Class defined herein;

B.    Designating Plaintiff as representative of the Class and its counsel as counsel for the Class;

C.    Entering judgment in favor of Plaintiff and the Class and against Defendant;

D.    Awarding Plaintiff and the Class their damages, including statutory damages, attorneys' fees, their costs and prejudgment and post-judgment interest thereon; and

E.    Granting all such further and other relief, including equitable relief, as the Court deems just and appropriate.

11

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## SECOND CLAIM FOR RELIEF
## VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT, 815 ILCS 505/1 *ET SEQ.*

46.      Plaintiff incorporates the allegations in paragraphs 1 to 36 as if fully set forth herein.

47.      Plaintiff brings this claim individually and on behalf of the members of the proposed Class against Defendant.

48.      At all times relevant hereto, the ICFA was in full force and effect.

49.      The ICFA is a regulatory and remedial statute intended to protect consumers, including Plaintiff and the Class, against unfair or deceptive acts or practices.  Specifically, Chapter 2 of the ICFA prohibits unfair or deceptive acts or practices used or employed in the conduct of any trade or commerce with the intent that others rely upon such deceptive acts or practices.  *See* 815 ILCS 505/2.

50.      Section 2 provides that:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act" approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.   In construing this section, consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.

815 ILCS 505/2.

51.      As alleged in detail *supra*, Defendant made material misrepresentations and otherwise failed to disclose material information, namely that it would use the secret and illegal Pretextual Method, and not the filed Schedule Rating Plan, to calculate the premiums of Plaintiff and the Class.  Defendant's failure to file or publicly disclose its true method of calculating insureds' premiums, and deceit in claiming to use an entirely different methodology, constitute unfair and/or deceptive acts or practices prohibited by Chapter 2 of ICFA.  *See* 815 ILCS 505/2.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

52.    Defendant intended that Plaintiff and the Class rely on their deceptive acts and practices as alleged in detail *supra*, and Plaintiff and the Class did so rely.

53.    Defendant's intent that Plaintiff and the Class rely on Defendant's deceptive acts and practices is evidenced by, *inter alia*, Defendant's knowing promulgation of the publicly-filed Schedule Rating Plan while using, and continuing to use, the Pretextual Method.

54.    Plaintiff and the other members of the Class are "consumers" or "persons" as defined under the ICFA.

55.    The above-described unfair and/or deceptive acts and practices occurred in the course of conduct involving trade or commerce, namely the sale of workers' compensation insurance policies.

56.    Defendant's business acts or practices also offend an established public policy, as Defendant engages in immoral, unethical, oppressive, and unscrupulous activities that are substantially injurious to consumers, as alleged in detail previously.   Therefore, Defendant's actions are unfair and/or deceptive acts or practices prohibited by Chapter 2 of the ICFA.  *See* 815 ILCS 505/2.

57.    The unfair acts and practices alleged herein proximately caused actual damage to Plaintiff and the Class, including but not limited to the actual amounts they were overcharged for their insurance premiums due to the Defendant's use of the secret Pretextual Method.

58.    Plaintiff and the other members of the Class have suffered injury in fact and lost money as a result of these unlawful, unfair, and fraudulent practices.

59.    Plaintiff is also entitled to injunctive relief.  Plaintiff and the Class continue to be charged unlawful premiums by Defendant and/or could be charged such unlawful premiums in the future.  Accordingly, the Court should enjoin Defendant from continuing its unlawful conduct.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, on behalf of itself and the proposed Class, respectfully requests that this Court enter an Order:

A.   Finding that this action satisfies the prerequisites for maintenance as a class action set forth in 735 ILCS 5/2-801 *et seq.*, and certifying the Class defined herein;

B.   Designating Plaintiff as representative of the Class and its counsel as counsel for the Class;

C.   Entering judgment in favor of Plaintiff and the Class and against Defendant;

D.   Awarding Plaintiff and the Class their damages, including statutory and punitive damages, attorneys' fees, their costs and prejudgment and post-judgment interest thereon; and

E.   Granting all such further and other relief, including equitable and/or injunctive relief, as the Court deems just and appropriate.

## THIRD CLAIM FOR RELIEF
### UNJUST ENRICHMENT

60.   Plaintiff incorporates the allegations in paragraphs 1 to 36 as if fully set forth herein.

61.   Plaintiff brings this claim individually and on behalf of the members of the proposed Class against Defendant.

62.   Plaintiff and members of the Class conferred a benefit on Defendant in the form of monies paid for their workers' compensation insurance policies in exchange for the promised insurance at a premium calculated, as required by law, in the manner stated by the policies and in Defendant's public filings.

63.   Defendant voluntarily accepted and retained this benefit by accepting payment from Plaintiff and the Class.

64.   Defendant has retained this benefit, even though it has failed to provide Plaintiff and the Class the promised insurance at a premium rate calculated in the manner promised by Defendant, making Defendant's retention unjust under the circumstances.   Accordingly,

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

Defendant should return the full amount of the premiums paid by Plaintiff and the Class or, in the alternative, the amount the premiums were increased by the SRM determined by the Pretextual Method.

65.     It would be unjust and inequitable for Defendant to retain the benefit, and Defendant should be required to disgorge this unjust enrichment.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, on behalf of itself and the proposed Class, respectfully requests that this Court enter an Order:

A.     Finding that this action satisfies the prerequisites for maintenance as a class action set forth in 735 ILCS 5/2-801 *et seq.*, and certifying the Class defined herein;

B.     Designating Plaintiff as representative of the Class and its counsel as counsel for the Class;

C.     Finding that permitting Defendant to retain funds obtained from Plaintiff and the Class would be unjust;

D.     Disgorgement of all funds unjustly retained by Defendant;

E.     Awarding Plaintiff and the Class attorneys' fees, their costs and prejudgment and post-judgment interest thereon; and

F.     Granting all such further and other relief, including equitable relief, as the Court deems just and appropriate.

## **JURY TRIAL DEMANDED**

Plaintiff demands a trial by jury on all claims so triable.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

Dated: September 13, 2023            Respectfully submitted,

*/s/ Carl V. Malmstrom*

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Attorney No. 38819
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott M. Priz
Attorney No. 6330308
**PRIZ LAW, LLC**
3230 S. Harlem Avenue, Suite 221B
Riverside, IL 60546
Tel: (708) 268-5768
priz@priz-law.com

Michael Liskow*
**GEORGE FELDMAN MCDONALD, PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (561) 232-6002
Fax: (888) 421-4173
mliskow@4-justice.com

*pro hac vice forthcoming*

*Attorneys for Plaintiff*

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

# EXHIBIT A

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**INSURANCE COMPANY OF THE WEST**
**WORKERS' COMPENSATION SCHEDULE RATING PLAN**
**STATE OF ILLINOIS**

The premium for a risk may be modified in accordance with the following, subject to a maximum modification of plus 75% or minus 50% to reflect characteristics of the risk which distinguish it from average for the classification and/or type of business.

| | Range of Modifications | |
|---|---|---|
| | Credit | Debit |
| A. Class Fit – How the insured's operations compare to those normally contemplated within their class code(s). | 25% to | 25% |
| B. Condition of Premises – Judgment based on the condition of the insured's facilities. | 25% to | 25% |
| C. Risk Management / Safety – Judgment based on measures taken or not taken to effectively control exposures to loss. | 20% to | 20% |
| D. Employee Benefits – Judgment based on employer provided benefits or lack thereof. | 20% to | 20% |
| E. Medical Facilities – Judgment based on the proximity of the insured's locations to the nearest medical facility. | 20% to | 20% |
| F. Wages – Judgment based on comparison of the insured's average paid wages to state-wide average wages for the class code(s). | 20% to | 20% |
| G. Time in Business – Judgment based on the insured's level of experience and maturity within their industry. | 20% to | 20% |
| H. Location of Operations – Judgment based on the propensity for an above or below average level of claims litigation at the insured's location. | 20% to | 20% |
| I. Financial Condition – Judgment based on the strength or weakness of the insured's financial condition. | 20% to | 20% |
| J. Management – Judgment based on the insured's management attitude towards safety and the relationship they have with their employees. | 25% to | 25% |

## SCHEDULE RATING

1. This plan is available to any risk that meets the minimum manual premium size of $1,500.  This plan is effective November 1, 2017 on new and renewal policies incepting on or after that date.

2. The Total Schedule Rating Factor will be applied to an experience rated risk in a multiplicative manner, after application of the experience modification, and before the application of premium discount.  (1 + Total Schedule Rating Modification) = Total Schedule Rating Factor.

Ed. 11/2017

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

3. All schedule debits and all schedule credits shall be based on evidence that is contained in the file of the insurer at the time the schedule debit or credit is applied. Such information must be repeated on the schedule rating worksheet. Each policy (either new or renewal) will have a separate evaluation.

4. The effective date of any schedule debit or credit shall not be any date prior to the receipt in the insurer's office of the evidence supporting the debit or credit.

5. The derivation of the schedule factor must be made available to the insured upon request.

Ed. 11/2017

**ICW**
**WORKERS' COMPENSATION SCHEDULE RATING WORKSHEET**
**STATE OF ILLINOIS**

INSURED: _____          POLICY NUMBER: _____
POLICY EFFECTIVE DATE: _____

| | Range of Modifications | | | Schedule Rating Modification |
|---|---|---|---|---|
| | Credit | To | Debit | |
| Class Fit | 25% | To | 25% | |
| Comments: | | | | |
| Condition of Premises | 25% | To | 25% | |
| Comments: | | | | |
| Risk Management / Safety | 20% | To | 20% | |
| Comments: | | | | |
| Employee Benefits | 20% | To | 20% | |
| Comments: | | | | |
| Medical Facilities | 20% | To | 20% | |
| Comments: | | | | |
| Wages | 20% | To | 20% | |
| Comments: | | | | |
| Time in Business | 20% | To | 20% | |
| Comments: | | | | |
| Location of Operations | 20% | To | 20% | |
| Comments: | | | | |
| Financial Condition | 20% | To | 20% | |
| Comments: | | | | |
| Management | 25% | To | 25% | |
| Comments: | | | | |

**Total Schedule Rating Modification**
**(Maximum modification plus 75% or minus 50%)**
**Modification must be rounded to the nearest whole %.**          0%

**\*If additional space is needed for comments, please attach separate sheet of paper.**

Ed. 05/2009                                                        © 2002 Insurance Company of the West

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

# EXHIBIT B

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

# D I V I D E R

# P A G E

```
Producer No:  0001674          SAN:           26430800000000
Pol Eff Dt:   01-28-2018       Office:        91

Date Printed: 01-26-2018
Time Printed: 06:55:54

Trans Eff Dt: 01-28-2018
Insured Name: W E B PRODUCTION & FABRICATION
Policy No:    WIL5039593
Trans Seq No: 001
Trans Type:   New Business Issue
Oper Init:    TTHORN
Company Abbr: IW
Release Version: 17.20

User-Selected Sets   Copies Printer
INSURED COPY          01     PDF ONLY
COMPANY COPY          01     PDF ONLY
BUREAU COPY           01     PDF ONLY
```

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**W E B PRODUCTION & FABRICATION INC**
**448 N ARTESIAN AVE**
**CHICAGO IL 60612**

01-26-18

INSURED

**WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**
**INSURANCE POLICY – INFORMATION PAGE**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**INSURER:**

**INSURANCE COMPANY OF THE WEST**

**POLICY NO:**   **WIL 5039593 00**

**NEW BUSINESS**
NCCI Company No:   **19593**
Account No:
**RISK ID #127596743**
N.J. Taxpayer Identification No.

**ITEM 1.   NAMED INSURED AND MAILING ADDRESS:**
**W E B PRODUCTION & FABRICATION**
**INC**
**448 N ARTESIAN AVE**
**CHICAGO IL 60612**

**PRODUCER NAME AND ADDRESS:**
**INSURANCE PROGRAM MNGRS GRP LL**
**225 SMITH ROAD**
**ST. CHARLES IL 60174**

**PRODUCER NO.:**   **0001674**

**LEGAL ENTITY:**   **CORPORATION**

**OTHER WORKPLACES NOT SHOWN ABOVE:**   (See Workers Compensation Classification Schedule)

**ITEM 2.   POLICY PERIOD:**  From:   **01-28-2018** To:   **01-28-2019**
Effective 12:01 A.M. Standard Time at the Insured's mailing address.

**ITEM 3.   COVERAGE:**

A.   Workers Compensation Insurance:  Part One of the policy applies to the Workers Compensation Law of the states listed here:
**IL**

B.   Employers' Liability Insurance:  Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident: | $   **1,000,000** | each accident |
| Bodily Injury by Disease: | $   **1,000,000** | policy limit |
| Bodily Injury by Disease: | $   **1,000,000** | each employee |

C.   Other States Insurance:  Part Three of the policy applies to the states, if any, listed here:
**AL AK AZ AR CA CO CT DE DC FL GA HI ID IN IA KS KY LA ME MD MA MI MN MS MO MT NE NV NH NJ NM NY NC OK OR PA RI SC SD TN TX UT VT VA WV WI**

D.   This Policy includes these Endorsements and Schedules:
See Schedule of Forms and Endorsements.

**ITEM 4.   PREMIUM:**  The premium for this Policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required on the Workers Compensation Classification Schedule is subject to verification and change by audit.

Total Estimated

Minimum Premium: $   **1,500**           Annual Premium: $   **89,280**
Audit Period: **ANNUAL**

Issued At: **Springfield, IL**
Date: **01-26-18**                    Countersigned by  _____

**WC 00 00 01 A**           Copyright 1987 National Council on Compensation Insurance
**(Ed. 9-06)**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

**Named Insured:** W E B PRODUCTION & FABRICATION

**Agent Name:** INSURANCE PROGRAM MNGRS GRP LL

**Policy Number:** WIL 5039593 00

**Policy Period:** 01-28-2018 To 01-28-2019

**Agent No:** 0001674

Schedule: **Page 1**

N A M E D   I N S U R E D   A N D   L O C A T I O N   S C H E D U L E

001     W E B PRODUCTION & FABRICATION INC
        448 N ARTESIAN AVE
        CHICAGO IL 60612

Risk ID 127596743
FEIN: ███████████
SIC Code: 3446
# EMP : 15

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WC 00 00 01A**
**(Ed. 6-16)**
 Issue Date: 01-26-18

**Page 1**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039

San Diego, CA 92150-9039

**Standard Workers' Compensation and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| | |
|---|---|
| **Named Insured:** W E B PRODUCTION & FABRICATION | **Policy Number:** WIL 5039593 00 |
| **Agent Name:** INSURANCE PROGRAM MNGRS GRP LL | **Policy Period:** 01-28-2018  To 01-28-2019 |
| **Agent No:** 0001674 | |

**Schedule:**    **Page 1**

## EXTENSION OF INFORMATION PAGE

## CLASSIFICATIONS SCHEDULE

| St  Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| **ILLINOIS** | | | | | |
| 0001-01 | | W E B PRODUCTION & FABRICATION INC FEIN # ████████ SIC CODE 3446 NAIC CODE 332323 448 N ARTESIAN AVE CHICAGO IL 60612 | | | |
| | 3040 | IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS. | $   150,000 | 8.54 | $   12,810.00 |
| | 5102 | DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | $   275,000 | 12.52 | $   34,430.00 |
| | 8742 | SALESPERSONS OR COLLECTORS - OUTSIDE | $   100,000 | .31 | $     310.00 |
| | 8810 | CLERICAL OFFICE EMPLOYEES NOC | $   175,000 | .14 | $     245.00 |

**WC 00 00 01A**

**(Ed. 6-16)**

Issue Date: 01-26-18

**Page 2**

INSURED

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

| | |
|---|---|
| **Named Insured:** W E B PRODUCTION & FABRICATION | **Policy Number:** WIL 5039593 00 |
| **Agent Name:** INSURANCE PROGRAM MNGRS GRP LL | **Policy Period:** 01-28-2018 To 01-28-2019 |
| **Agent No:** 0001674 | |

**Schedule:** **Page 2**

## EXTENSION OF INFORMATION PAGE

## CLASSIFICATIONS SCHEDULE

| St Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| | | TOTAL CLASS PREMIUM | | | $ 47,795.00 |
| | 0930 | BLANKET WAIVER | 1.02 | | $ 956.00 |
| | | INCREASED LIMITS OF | | | |
| | 9812 | LIABILITY | 1.014 | | $ 669.00 |
| | | TOTAL SUBJECT PREMIUM | | | $ 49,420.00 |
| | 9898 | EXPERIENCE PREMIUM | 1.55 | | $ 27,181.00 |
| | | TOTAL MODIFIED PREMIUM | | | $ 76,601.00 |
| | 9889 | SCHEDULE MODIFICATION | 1.25 | | $ 19,150.00 |
| | | STANDARD TOTAL | | | $ 95,751.00 |
| | 0063 | PREMIUM DISCOUNT | .9185 | | $ -7,804.00 |
| | 0900 | EXPENSE CONSTANT | | | $ 160.00 |
| | 9740 | TERRORISM | .03 | | $ 210.00 |
| | | CATASTROPHE (OTHER THAN | | | |
| | | CERTIFIED ACTS OF | | | |
| | 9741 | TERRORISM) | .01 | | $ 70.00 |
| | | TOTAL ESTIMATED PREMIUM | | | $ 88,387.00 |
| | | IL WC COMM OPERATIONS FUND | | | |
| | 0000 | SURCHARGE | 1.0101 | | $ 893.00 |
| | | TOTAL | | | $ 89,280.00 |

POLICY TOTAL ESTIMATED COST $ 89,280.00

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

| | | |
|---|---|---|
| **Named Insured:** | W E B PRODUCTION & FABRICATION | **Policy Number:** WIL 5039593 00 |
| **Agent Name:** | INSURANCE PROGRAM MNGRS GRP LL | **Policy Period:** 01-28-2018  To 01-28-2019 |
| **Agent No:** | 0001674 | |

**Schedule:**     **Page 1**

### E N D O R S E M E N T   S C H E D U L E

| Number | | Description |
|---|---|---|
| WORKERS COMPENSATION FORMS AND ENDORSEMENTS | | |
| WC000001A | 09-06 | WC INFORMATION PAGE |
| LOCATIONS | 06-16 | NAME AND LOCATION SCHEDULE |
| WCSCHD | 06-16 | EXTENSION OF INFORMATION PAGE CLASS SCHD |
| WC 00 00 00 C | 01-15 | INSURANCE POLICY |
| WC 99 06 59 | 07-16 | SIGNATURE PAGE |
| WC 00 04 21 D | 01-15 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 99 06 41 | 11-05 | JOINT AND SEVERAL LIABILITY ENDT |
| WC 00 04 06 A | 07-95 | PREMIUM DISCOUNT ENDT |
| WC 00 04 14 | 07-90 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| WC 00 04 19 | 01-01 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 22 B | 01-15 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 00 04 24 | 01-17 | AUDIT NONCOMPLIANCE CHARGE ENDT |
| WC 00 04 25 | 05-17 | EXPERIENCE RATING MODIFICATION FCTR REV |
| WC 12 03 06 A | 07-11 | IL WC & EMPL LIAB POLICY EXCLUSION ENDT |
| WC 12 06 01 E | 01-15 | IL AMENDATORY ENDORSEMENT |
| WC 99 06 26 | 07-98 | IL-WAIVER OF RIGHT TO RECOVER FROM OTHER |
| ILPHDIS | 07-03 | IL - POLICYHOLDER DISCLOSURE |

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: 01-26-18

**Page 4**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**
(Ed. 1-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F. Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G. Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H. Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO
EMPLOYERS LIABILITY INSURANCE**

**A. How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and

901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**            **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### F. Other Insurance

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

### G. Limits of Liability

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

### H. Recovery From Others

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

### I. Actions Against Us

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE
### OTHER STATES INSURANCE

### A. How This Insurance Applies

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

### B. Notice

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

### PART FOUR
### YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM　2023CH08137

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE
PREMIUM**

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B. Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C. Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**
(Ed. 1-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 99 06 59**

(Ed. 7-16)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## SIGNATURE PAGE

**IN WITNESS WHEREOF, INSURANCE COMPANY OF THE WEST has caused this policy to be signed by its Officer(s).**

_____          _____

**PRESIDENT**                                    **SECRETARY**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  01-28-18          Policy No.  WIL 5039593 00          Endorsement No.

Insured  W E B PRODUCTION & FABRICATION INC          Premium  INCL.

Insurance Company  INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 99 06 59**
**(Ed. 7-16)**
                                    INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 21 D**

(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a. It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

#### Schedule

| State | Rate | | Premium |
|-------|------|---|---------|
| IL | .01 | $ | 70 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2018**   Policy No. **WIL 5039593 00**     Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**     Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 21 D**
**(Ed. 1-15)**

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**                          **WC 99 06 41**

(Ed. 11-05)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**JOINT AND SEVERAL LIABILITY ENDORSEMENT**

In Part Five — Premium, the following is added as the final sentence in Section D. (Premium Payments) and the final sentence of the first paragraph of section E. (Final Premium):

> If More than one employer is named in Item 1 of the Information Page, each employer is jointly and severally liable for payment of premium or final premium due. If the employer named in Item 1 is a partnership, all partners are jointly and severally liable for payment of premium or final premium due.

All other terms and conditions of the policy not in conflict with this endorsement remain in full force and effect.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2018   Policy No. **WIL 5039593 00**                Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**                          Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 99 06 41**
**(Ed. 11-05)**

INSURED

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 04 06 A

(Ed. 7-95)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

ESTIMATED ELIGIBLE PREMIUM $     95,751

| 1. STATE | FIRST $10,000 | NEXT $190,000 | NEXT $1,550,000 | BALANCE |
|---|---|---|---|---|
| IL | 0 | .091 | .113 | .123 |

2. **AVERAGE PERCENTAGE DISCOUNT:** 8.15 %

3. **OTHER POLICIES:**

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2018   Policy No. **WIL 5039593 00**        Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**              Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 06 A**
(Ed. 7-95)
© 1995 National Council on Compensation Insurance, Inc.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 04 14**

(Ed. 7-90)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds.  The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.  Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change.  Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2018   Policy No. WIL 5039593 00　　　　　Endorsement No.

Insured W E B PRODUCTION & FABRICATION　　　　　　　Premium $ INCL.

Insurance Company INSURANCE COMPANY OF THE WEST

　　　　　　　　　　　　　　　　　Countersigned By _____

**WC 00 04 14**
(Ed. 7-90)
© **1990 National Council on Compensation Insurance.**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 19**

(Ed. 1-01)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**
**PREMIUM**

D.   **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2018**   Policy No. **WIL 5039593 00**           Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**                     Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 19**
(Ed. 1-01)
© **2000 National Council on Compensation Insurance, Inc.**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** WC 00 04 22 B

(Ed. 1-15)

## TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and / or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act .If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a. The act is an act of terrorism.

b. The act is violent or dangerous to human life, property or infrastructure.

c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss' means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

Case: 1:23-cv-15379 Document #: 1-1 Filed: 10/27/23 Page 51 of 164 PageID #:62

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

   e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

   f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
| IL | .03 | $        210 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2018**   Policy No. **WIL 5039593 00**        Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**        Premium $  **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 24**

(Ed. 1-17)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

**Schedule**

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|----------|-------------------------------------|-----------------------------------------------|
| IL | Estimated Annual Premium | Up to two times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-18**          Policy No. **WIL 5039593 00**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATION INC**          Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**Page 1 of 1**

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　**WC 00 04 25**

(Ed. 5-17)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-18**　　　Policy No. **WIL 5039593 00**　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATION INC**　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 25**
(Ed. 5-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 12 03 06 A**

(Ed. 7-11)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT**

C.   Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.   liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2018**   Policy No. **WIL 5039593 00**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**                    Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 12 03 06 A**
(Ed. 7-11)

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　WC 12 06 01 E
(Ed. 01-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3.  For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

### G. Audit
You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

### A. Inspection
We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation
1.  You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.
2.  We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.
3.  If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:
    a.  At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
    b.  At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.
4.  If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
    a.  Nonpayment of premium;
    b.  The policy was issued because of a material misrepresentation;
    c.  You violated any of the terms and conditions of the policy;
    d.  The risk originally accepted has measurably increased;
    e.  The Director has determined that we no longer have adequate reinsurance to meet our needs; or
    f.  The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WC 12 06 01 E**      WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 01-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

5. Our notice of cancellation will state our reasons for cancelling.
6. The policy period will end on the day and hour stated in the cancellation notice.

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E. Sole Representative**
The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**
1. We may elect not to renew the policy. If we fail to give at least 60 days notice prior to the expiration date of the current policy, the policy will automatically be extended for one year. We will mail to each named insured the nonrenewal notice at the last known mailing address. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.
2. Our notice of nonrenewal will state our reasons for not renewing.
3. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:
   a. You notify us or the producer who procured this policy that you do not want the policy renewed; or
   b. You fail to pay all premiums when due; or
   c. You obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-18**      Policy No. **WIL 5039593 00**      Endorsement No.
Insured **W E B PRODUCTION & FABRICATION INC**      Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 12 06 01 E**
(Ed. 01-15)
© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 99 06 26**

(Ed. 7-98)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy: We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule. The premium for this endorsement is shown in the Schedule.

Schedule

1.   (      )  Specific Waiver

Name of person or organization

(**X**   )  Blanket Waiver

Any person or organization for whom the named insured has agreed by written contract to furnish this waiver.

2.   Operations: **ALL ILLINOIS OPERATIONS PER WRITTEN CONTRACT**

3.   Premium

The premium charge for this endorsement shall be      **2**  percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4.   Minimum Premium

5.   Advance Premium

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2018**   Policy No. **WIL 5039593 00**            Endorsement No.

Insured **W E B PRODUCTION & FABRICATION**                 Premium $  **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 99 06 26**
**(Ed. 7-98)**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Insured:** W E B PRODUCTION & FABRICATION
**Policy Number:** WIL 5039593 00
**Insurer:** INSURANCE COMPANY OF THE WEST

**POLICYHOLDER DISCLOSURE**
**ILLINOIS INDUSTRIAL COMMISSION OPERATIONS FUND SURCHARGE**

Your policy has been surcharged as a result of the Illinois Industrial Commission Operations Fund Surcharge effective June 20, 2003.  The establishment of this fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is   $          893.00.

**ILPHDIS**
**(Ed. 7-03**

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

# EXHIBIT C

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS' LIABILITY
INSURANCE POLICY – INFORMATION PAGE**

**INSURER:**

**INSURANCE COMPANY OF THE WEST**

**POLICY NO:**   **WIL 5039593 01**

**RENEWAL OF:**   **WIL 5039593 00**
NCCI Company No:   **19593**
Account No:
**RISK ID #127596743**
N.J. Taxpayer Identification No.

**ITEM 1.   NAMED INSURED AND MAILING ADDRESS:**
**W E B PRODUCTION & FABRICATING
INC
448 N ARTESIAN AVE
CHICAGO IL 60612**

**PRODUCER NAME AND ADDRESS:**
**IZZO INSURANCE SERVICES, INC.
150 S. BLOOMINGDALE ROAD
BLOOMINGDALE IL 60108**

**PRODUCER NO.:**   **0005150**

**LEGAL ENTITY:**   **CORPORATION**
**OTHER WORKPLACES NOT SHOWN ABOVE:**   (See Workers Compensation Classification Schedule)

**ITEM 2.   POLICY PERIOD:** From:   **01-28-2019** To:   **01-28-2020**
Effective 12:01 A.M. Standard Time at the Insured's mailing address.

**ITEM 3.   COVERAGE:**

A.   Workers Compensation Insurance:  Part One of the policy applies to the Workers Compensation Law of the states listed here:
**IL**

B.   Employers' Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of liability under Part Two are:

| | | |
|---|---|---|
| Bodily Injury by Accident: | $   **1,000,000** | each accident |
| Bodily Injury by Disease: | $   **1,000,000** | policy limit |
| Bodily Injury by Disease: | $   **1,000,000** | each employee |

C.   Other States Insurance:  Part Three of the policy applies to the states, if any, listed here:
**AL AK AZ AR CA CO CT DE DC FL GA HI ID IN IA KS KY LA ME MD MA MI
MN MS MO MT NE NV NH NJ NM NY NC OK OR PA RI SC SD TN TX UT VT VA
WV WI**

D.   This Policy includes these Endorsements and Schedules:
See Schedule of Forms and Endorsements.

**ITEM 4.   PREMIUM:**  The premium for this Policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required on the Workers Compensation Classification Schedule is subject to verification and change by audit.

Total Estimated

Minimum Premium: $   **1,500**         Annual Premium: $   **50,764**
Audit Period: **ANNUAL**

Issued At: **Springfield, IL**
Date: **01-28-19**              Countersigned by _____

**IMPORTANT**
This policy provides coverage for the state(s) listed in Item 3A of the Information Page.

YOU MUST NOTIFY US IMMEDIATELY IN WRITING IF YOU HAVE OR ANTICIPATE BEGINNING OPERATIONS IN ANY OTHER STATE

**WC 00 00 01 A
(Ed. 9-06)**              Copyright 1987 National Council on Compensation Insurance

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

| | |
|---|---|
| **Named Insured:** `W E B PRODUCTION & FABRICATING` | **Policy Number:** `WIL 5039593 01` |
| **Agent Name:** `IZZO INSURANCE SERVICES, INC.` | **Policy Period:** `01-28-2019` To `01-28-2020` |

**Agent No:** `0005150`

Schedule: **Page 1**

N A M E D  I N S U R E D  A N D  L O C A T I O N  S C H E D U L E

001    W E B PRODUCTION & FABRICATING INC
      448 N ARTESIAN AVE
      CHICAGO IL 60612

**Risk** ID 127596743
**FEIN:** ██████
**SIC Code:** 3446
**# EMP** : 15
**PHONE # :** (312)733-6800

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

**WC 00 00 01A**
**(Ed. 6-16)**
 Issue Date: `01-28-19`

**Page 1**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

| | |
|---|---|
| **Named Insured:** W E B PRODUCTION & FABRICATING | **Policy Number:** WIL 5039593 01 |
| **Agent Name:** IZZO INSURANCE SERVICES, INC. | **Policy Period:** 01-28-2019 To 01-28-2020 |
| **Agent No:** 0005150 | |

**Schedule:** **Page 1**

## EXTENSION OF INFORMATION PAGE

## CLASSIFICATIONS SCHEDULE

| St Loc | Cod No | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| ILLINOIS | | | | | |
| 0001-01 | | W E B PRODUCTION & FABRICATING INC FEIN # ████ SIC CODE 3446 NAIC CODE 332323 | | | |
| | | 448 N ARTESIAN AVE CHICAGO IL 60612 | | | |
| | 3040 | IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS. | $ 150,000 | 7.67 | $ 11,505.00 |
| | 5102 | DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | $ 275,000 | 11.08 | $ 30,470.00 |
| | 8742 | SALESPERSONS OR COLLECTORS - OUTSIDE | $ 100,000 | .29 | $ 290.00 |
| | 8810 | CLERICAL OFFICE EMPLOYEES NOC | $ 175,000 | .12 | $ 210.00 |

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: **01-28-19**

**Page 2**

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| | |
|---|---|
| **Named Insured:** W E B PRODUCTION & FABRICATING | **Policy Number:** WIL 5039593 01 |
| **Agent Name:** IZZO INSURANCE SERVICES, INC. | **Policy Period:** 01-28-2019  To 01-28-2020 |
| **Agent No:** 0005150 | |

Schedule:    **Page 2**

E X T E N S I O N   O F   I N F O R M A T I O N   P A G E

C L A S S I F I C A T I O N S   S C H E D U L E

| St Loc | Cod No | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| | | TOTAL CLASS PREMIUM | | | $  42,475.00 |
| | 0930 | BLANKET WAIVER | 1.02 | | $     850.00 |
| | | INCREASED LIMITS OF | | | |
| | 9812 | LIABILITY | 1.014 | | $     595.00 |
| | | TOTAL SUBJECT PREMIUM | | | $  43,920.00 |
| | 9898 | EXPERIENCE PREMIUM | .98 | | $    -878.00 |
| | | TOTAL MODIFIED PREMIUM | | | $  43,042.00 |
| | 9889 | SCHEDULE MODIFICATION | 1.25 | | $  10,761.00 |
| | | STANDARD TOTAL | | | $  53,803.00 |
| | 0063 | PREMIUM DISCOUNT | .9259 | | $  -3,987.00 |
| | 0900 | EXPENSE CONSTANT | | | $     160.00 |
| | 9740 | TERRORISM | .03 | | $     210.00 |
| | | CATASTROPHE (OTHER THAN | | | |
| | | CERTIFIED ACTS OF | | | |
| | 9741 | TERRORISM) | .01 | | $      70.00 |
| | | TOTAL ESTIMATED PREMIUM | | | $  50,256.00 |
| | | IL WC COMM OPERATIONS FUND | | | |
| | 0000 | SURCHARGE | 1.0101 | | $     508.00 |
| | | TOTAL | | | $  50,764.00 |

POLICY TOTAL ESTIMATED COST                                         $  50,764.00

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: **01-28-19**

**Page 3**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

| | |
|---|---|
| Named Insured: `W E B PRODUCTION & FABRICATING` | Policy Number: `WIL 5039593 01` |
| Agent Name: `IZZO INSURANCE SERVICES, INC.` | Policy Period: `01-28-2019  To 01-28-2020` |

Agent No: `0005150`

Schedule:   `Page 1`

# E N D O R S E M E N T   S C H E D U L E

| Number | Descrip on |
|---|---|

`WORKERS COMPENSATION FORMS AND ENDORSEMENTS`

| | | |
|---|---|---|
| `WC000001A` | `09-06` | `WC INFORMATION PAGE` |
| `LOCATIONS` | `06-16` | `NAME AND LOCATION SCHEDULE` |
| `WCSCHD` | `06-16` | `EXTENSION OF INFORMATION PAGE CLASS SCHD` |
| `WC 00 00 00 C` | `01-15` | `INSURANCE POLICY` |
| `WC 99 06 59` | `07-16` | `SIGNATURE PAGE` |
| `WC 00 04 21 D` | `01-15` | `CATASTROPHE (OTHER THAN CERT ACTS) ENDT` |
| `WC 99 06 41` | `11-05` | `JOINT AND SEVERAL LIABILITY ENDT` |
| `WC 00 04 06 A` | `07-95` | `PREMIUM DISCOUNT ENDT` |
| `WC 00 04 14 A` | `01-19` | `90DAY REPORT-NOTIF CHANGE IN OWNERSHIP` |
| `WC 00 04 19` | `01-01` | `PREMIUM DUE DATE ENDORSEMENT` |
| `WC 00 04 22 B` | `01-15` | `TERRORISM RISK PGM REAUTH ACT DISCL ENDT` |
| `WC 00 04 24` | `01-17` | `AUDIT NONCOMPLIANCE CHARGE ENDT` |
| `WC 00 04 25` | `05-17` | `EXPERIENCE RATING MODIFICATION FCTR REV` |
| `WC 12 03 06 A` | `07-11` | `IL WC & EMPL LIAB POLICY EXCLUSION ENDT` |
| `WC 12 04 02` | `09-92` | `IL CONTRACTING CLASSIFICATION PREM ADJ` |
| `WC 99 06 26` | `07-98` | `IL-WAIVER OF RIGHT TO RECOVER FROM OTHER` |
| `ILPHDIS` | `07-03` | `IL - POLICYHOLDER DISCLOSURE` |
| `WC120601F` | `01-19` | `ILLINOIS AMENDATORY ENDORSEMENT` |
| `WC120603` | `01-19` | `ILLINOIS RENEWAL ENDORSEMENT` |

**WC 00 00 01A**         **Page 4**
**(Ed. 6-16)**
Issue Date: `01-28-19`

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

A. **The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

B. **Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

C. **Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

D. **State**

State means any state of the United States of America, and the District of Columbia.

E. **Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

A. **How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

B. **We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

C. **We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

D. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

E. **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**                    WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.   Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.   Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H.   Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

**A.   How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B.   We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and

901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WC 00 00 00 C**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

### F.  Other Insurance

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

### G.  Limits of Liability

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

    A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

    Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

### H.  Recovery From Others

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

### I.  Actions Against Us

There will be no right of action against us under this insurance unless:

1.  You have complied with all the terms of this policy; and

2.  The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE
### OTHER STATES INSURANCE

### A.  How This Insurance Applies

1.  This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2.  If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3.  We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4.  If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

### B.  Notice

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

### PART FOUR
### YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1.  Provide for immediate medical and other services required by the workers compensation law.

2.  Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3.  Promptly give us all notices, demands and legal

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE**
**PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

**WC 00 00 00 C**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PART SIX
## CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 99 06 59**

(Ed. 7-16)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## SIGNATURE PAGE

**IN WITNESS WHEREOF, INSURANCE COMPANY OF THE WEST has caused this policy to be signed by its Officer(s).**

_____          _____

**PRESIDENT**                                            **SECRETARY**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  01-28-19          Policy No.  WIL 5039593 01          Endorsement No.

Insured  W E B PRODUCTION & FABRICATING INC          Premium  INCL.

Insurance Company  INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 99 06 59**
**(Ed. 7-16)**

NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** **WC 00 04 21 D**

(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

### CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a. It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

| Schedule | | |
|---|---|---|
| **State** | **Rate** | **Premium** |
| IL | .01 | $ 70 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019** Policy No. **WIL 5039593 01** Endorsement No.

Insured **W E B PRODUCTION & FABRICATING** Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

WC 00 04 21 D
(Ed. 1-15)

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY** WC 99 06 41

(Ed. 11-05)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**JOINT AND SEVERAL LIABILITY ENDORSEMENT**

In Part Five – Premium, the following is added as the final sentence in Section D. (Premium Payments) and the final sentence of the first paragraph of section E. (Final Premium):

If More than one employer is named in Item 1 of the Information Page, each employer is jointly and severally liable for payment of premium or final premium due. If the employer named in Item 1 is a partnership, all partners are jointly and severally liable for payment of premium or final premium due.

All other terms and conditions of the policy not in conflict with this endorsement remain in full force and effect.

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**   Policy No. **WIL 5039593 01**        Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**        Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 99 06 41**
**(Ed. 11-05)**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　WC 00 04 06 A

(Ed. 7-95)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

**ESTIMATED ELIGIBLE PREMIUM**　$　　53,803

| | FIRST $10,000 | NEXT $190,000 | NEXT $1,550,000 | BALANCE |
|---|---|---|---|---|
| 1. **STATE** | | | | |
| IL | 0 | .091 | .113 | .123 |

2. **AVERAGE PERCENTAGE DISCOUNT:** 7.41 %

3. **OTHER POLICIES:**

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**　Policy No. **WIL 5039593 01**　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 06 A**
(Ed. 7-95)
© 1995 National Council on Compensation Insurance, Inc.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 04 14 A**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### 90-DAY REPORTING REQUIREMENT—NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-19**        Policy No. **WIL 5039593 01**        Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**        Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 14 A**
(Ed. 1-19)
© Copyright 2017 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 04 19

(Ed. 1-01)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

## PART FIVE
## PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**   Policy No. **WIL 5039593 01**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**                    Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 19**
(Ed. 1-01)
© 2000 National Council on Compensation Insurance, Inc.

INSURED

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law.  Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act .If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a. The act is an act of terrorism.

b. The act is violent or dangerous to human life, property or infrastructure.

c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

   a. $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

   b. $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

   c. $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

   d. $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WC 00 04 22 B**     **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

e. $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

f. $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
| IL | .03 | $ 210 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**   Policy No. **WIL 5039593 01**      Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**      Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

                              Countersigned By _____

**WC 00 04 22 B**
**(Ed. 1-15)**

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 04 24**

(Ed. 1-17)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

**Schedule**

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| IL | Estimated Annual Premium | Up to two times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-19**　　　Policy No. **WIL 5039593 01**　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**Page 1 of 1**

WC 00 04 24
(Ed. 1-17)
© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.
NSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 25**

(Ed. 5-17)

**EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT**

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-19**        Policy No. **WIL 5039593 01**        Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**        Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 25**
(Ed. 5-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

NSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY WC 12 03 06 A

(Ed. 7-11)

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

**ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT**

C. Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1. liability assumed under a contract, and / or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**  Policy No. **WIL 5039593 01**            Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**              Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 12 03 06 A**
(Ed. 7-11)

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**         **WC 12 04 02**

# ILLINOIS CONTRACTING CLASSIFICATION PREMIUM ADJUSTMENT ENDORSEMENT

The premium for the policy may be adjusted by an Illinois Contracting Classification Premium Adjustment factor. The factor was not available when the policy was issued. If you qualify, or if an estimated factor has been applied, we will issue an endorsement to show the proper premium adjustment factor after it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**   Policy No. **WIL 5039593 01**              Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**                    Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**Copyright 1992 National Council on Compensation Insurance.**

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 99 06 26**

(Ed. 7-98)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## ILLINOIS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy: We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule. The premium for this endorsement is shown in the Schedule.

Schedule

1. **(**    **)** Specific Waiver

   Name of person or organization

   **(X**    **)** Blanket Waiver

   Any person or organization for whom the named insured has agreed by written contract to furnish this waiver.

2. Operations: **ALL ILLINOIS OPERATIONS PER WRITTEN CONTRACT**

3. Premium

   The premium charge for this endorsement shall be    **2**   percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4. Minimum Premium

5. Advance Premium

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**   Policy No. **WIL 5039593 01**      Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**      Premium $   **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

                     Countersigned By _____

**WC 99 06 26**
**(Ed. 7-98)**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Insured:** W E B PRODUCTION & FABRICATING

**Policy Number:** WIL 5039593 01

**Insurer:** INSURANCE COMPANY OF THE WEST

### POLICYHOLDER DISCLOSURE
### ILLINOIS INDUSTRIAL COMMISSION OPERATIONS FUND SURCHARGE

Your policy has been surcharged as a result of the Illinois Industrial Commission Operations Fund Surcharge effective June 20, 2003.  The establishment of this fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is   $       508.00.

**ILPHDIS**
**(Ed. 7-03**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 12 06 01 F

(Ed. 1-19)

### ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

**A. Inspection**

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.
2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.
3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:
   a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
   b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.
4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
   a. Nonpayment of premium;
   b. The policy was issued because of a material misrepresentation;
   c. You violated any of the terms and conditions of the policy;
   d. The risk originally accepted has measurably increased;
   e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or
   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.
5. Our notice of cancellation will state our reasons for cancelling.
6. The policy period will end on the day and hour stated in the cancellation notice.

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WC 12 06 01 F**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured the nonrenewal notice at the last known mailing address at least 60 days prior to the expiration of the current policy. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

2. If we fail to give at least 60 days' notice prior to the expiration date of the current policy, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this policy. Additionally, in accordance with 215 ILCS 5/462a, we may be required to provide the named insured with 30 days' written notice prior to the expiration of this policy if the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

3. Our notice of nonrenewal will provide a specific explanation on the reasons for not renewing.

4. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. You notify us or the producer who procured this policy that you do not want the policy renewed; or

   b. You fail to pay all premiums when due; or

   c. You obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **1/28/2019**          Policy No. **WIL5039593 01**          Endorsement No.

Insured  **W E B Production & Fabricating**          Premium **INCL**

Insurance Company **Insurance Company of the West**

Countersigned by

**WC 12 06 01 F**
(Ed. 1-19)

2 of 2

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 12 06 03**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## ILLINOIS RENEWAL ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Six—Conditions of the policy is revised by adding the following:

G. **Renewal**

1. We may elect to renew the policy in accordance with 215 ILCS 5/143.17a.

    a. We will provide the named insured with written notice of our intent to renew if, compared to this current policy, the:

    •  Renewal policy premium increases by 30% or more,  or

    •  Changes in deductibles or coverage materially alter the renewal policy.

    b. We will mail or deliver the written renewal  notice:

    •  To the named insured at the last known mailing address

    •  At least 60 days prior to the renewal or anniversary date of this current policy.

    c. If we fail to provide notice 60 days prior to the renewal or anniversary date, but we do mail or deliver the written renewal notice to the named insured not less than 31 days prior to the renewal or anniversary date of this current policy, then we may extend this policy at the current terms and conditions for the period of time needed to equal the 60 day time period required to provide notice of intention to renew.

    d. All renewal notices will also be sent to the producer, if known, or the producer of record, and to the mortgagee or lien holder listed on the policy. The producer, if known, or the producer of record and the mortgagee or lien holder may opt to accept notification  electronically.

    e. If we fail to provide renewal notice as required above, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this current policy. The increase in premium is based on the known exposure as of the date of the quotation compared to the premium as of the last day of coverage for the current year's policy, annualized. The renewal premium may be subsequently amended to reflect any change in exposure or reinsurance costs not considered in the  quotation.

    f. If we fail to provide the notice of renewal as required, the policy will still terminate on its expiration date if:

    (1) You notify us or the producer who procured this policy that you do not want the policy renewed; or

    (2) You fail to pay all premiums when due; or

    (3) You obtain other insurance as a replacement of the  policy.

    g. Proof of mailing or proof of receipt of the notice of intent to renew to the named insured may be proven by a sworn affidavit by the company as to the usual and customary business practices of mailing notice pursuant to 215 ILCS 5/143.17a or may be proven consistent with Illinois Supreme Court Rule 236.

2. We may elect to conditionally renew the policy in accordance with 215 ILCS 5/462a.

    a. For policies issued, delivered, amended, or renewed on or after January 1, 2019 ("this policy") we will provide the employer with written notice of our intent to conditionally renew if, compared to this policy, the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

    b. To determine whether the renewal premium is in excess of 5% above the rate recommendation, we will **not** consider any premium increases generated from the following items:

    •  Increased loss costs

    •  Increased exposure units

    •  The application of an experience rating  modification

    •  The application of a contracting classification premium adjustment program

    •  The application of a large deductible  program

    •  The application of a retrospective rating  plan

    •  An audit of auditable  coverages

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 12 06 03**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

   c. Mailing or delivering such written notice to the employer at least 30 days in advance of the expiration date of this policy, at the address shown in Item 1. of the Information Page, and to the authorized agent or broker will be deemed sufficient notice under this section.

   d. This conditional renewal notice will include a statement that clearly identifies:

      (1) The amount of the premium increase or, if the amount cannot reasonably be determined as of the time the notice is provided, a reasonable estimate of the premium increase based on information available to us at that time

      (2) The reason for the increased premium in excess of the rate recommendation filed with the Illinois Department of Insurance

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2019**          Policy No. **WIL5039593 01**          Endorsement No.

Insured  **W E B Production & Fabricating**                              Premium  **Incl.**

Insurance Company  **Insurance Company of the West**

                                    Countersigned by

**WC 12 06 03**
(Ed. 1-19)

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

# EXHIBIT D

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

# D I V I D E R

# P A G E

```
Producer No:  0011784          SAN:       18557110000000
Pol Eff Dt:   01-28-2021       Office:    91

Date Printed: 02-09-2021
Time Printed: 05:46:58

Trans Eff Dt: 01-28-2021
Insured Name: W E B PRODUCTION & FABRICATING
Policy No:    WIL5059344
Trans Seq No: 001
Trans Type:   New Business Issue
Oper Init:    TCOUTS
Company Abbr: IW
Release Version: 20.15

User-Selected Sets    Copies Printer
INSURED COPY          01     PDF ONLY
COMPANY COPY          01     PDF ONLY
BUREAU COPY           01     PDF ONLY
```

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

W E B PRODUCTION & FABRICATING INC
448 N ARTESIAN AVE
CHICAGO IL 60602

02-09-21

INSURED

**WORKERS COMPENSATION AND EMPLOYERS' LIABILITY
INSURANCE POLICY – INFORMATION PAGE**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**INSURER:**

INSURANCE COMPANY OF THE WEST

**POLICY NO:**   **WIL 5059344 00**

**NEW BUSINESS**
NCCI Company No:   **19593**
Account No:
**RISK ID #127596743**
N.J. Taxpayer Identification No.

**ITEM 1.   NAMED INSURED AND MAILING ADDRESS:**
W E B PRODUCTION & FABRICATING
INC
448 N ARTESIAN AVE
CHICAGO IL 60602

**PRODUCER NAME AND ADDRESS:**
ASSUREDPARTNERS OF IL, LLC
RAND-TEC INSURANCE AGENCY, INC
977 LAKEVIEW PKWY, STE 105
VERNON HILLS NJ 60061

**PRODUCER NO.:**   **0011784**

**LEGAL ENTITY:**      CORPORATION
**OTHER WORKPLACES NOT SHOWN ABOVE:**      (See Workers Compensation Classification Schedule)

**ITEM 2.   POLICY PERIOD:** From:   **01-28-2021** To:   **01-28-2022**
Effective 12:01 A.M. Standard Time at the Insured's mailing address.

**ITEM 3.   COVERAGE:**

A.   Workers Compensation Insurance:   Part One of the policy applies to the Workers Compensation Law of the states listed here:
**IL**

B.   Employers' Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of liability under Part Two are:

|   |   |   |
|---|---|---|
| Bodily Injury by Accident: | $  **1,000,000** | each accident |
| Bodily Injury by Disease: | $  **1,000,000** | policy limit |
| Bodily Injury by Disease: | $  **1,000,000** | each employee |

C.   Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
AL AK AZ AR CA CO CT DE DC FL GA HI ID IN IA KS KY LA ME MD MA MI
MN MS MO MT NE NV NH NJ NM NY NC OK OR PA RI SC SD TN TX UT VT VA
WV WI

D.   This Policy includes these Endorsements and Schedules:
See Schedule of Forms and Endorsements.

**ITEM 4.   PREMIUM:  The premium for this Policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required on the Workers Compensation Classification Schedule is subject to verification and change by audit.**

Total Estimated

Minimum Premium: $      **1,500**      Annual Premium: $      **78,809**
Audit Period: **MONTHLY**

Issued At: **Springfield, IL**
Date: **02-09-21**      Countersigned by _____

**WC 00 00 01 A**      Copyright 1987 National Council on Compensation Insurance
**(Ed. 9-06)**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

**Named Insured:**  W E B PRODUCTION & FABRICATING

**Agent Name:**  ASSUREDPARTNERS OF IL, LLC
RAND-TEC INSURANCE AGENCY, INC

**Agent No:**  0011784

**Policy Number:** WIL 5059344 00

**Policy Period:** 01-28-2021  To 01-28-2022

Schedule:  **Page 1**

N A M E D   I N S U R E D   A N D   L O C A T I O N   S C H E D U L E

001    W E B PRODUCTION & FABRICATING INC
448 N ARTESIAN AVE
CHICAGO IL 60602

Risk  ID 127596743
FEIN: ▓▓▓▓▓▓▓▓
SIC Code: 3446
# EMP : 15
PHONE # : (312)733-6800

**WC 00 00 01A**
**(Ed. 6-16)**
 Issue Date: 02-09-21

**Page 1**

INSURED

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| | |
|---|---|
| **Named Insured:** W E B PRODUCTION & FABRICATING | **Policy Number:** WIL 5059344 00 |
| **Agent Name:** ASSUREDPARTNERS OF IL, LLC | **Policy Period:** 01-28-2021 To 01-28-2022 |
| RAND-TEC INSURANCE AGENCY, INC | |
| **Agent No:** 0011784 | |

**Schedule:**   **Page 1**

## E X T E N S I O N   O F   I N F O R M A T I O N   P A G E

## C L A S S I F I C A T I O N S   S C H E D U L E

| St  Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| **ILLINOIS** | | | | | |
| 0001-01 | | W E B PRODUCTION & FABRICATING INC FEIN # ███████ SIC CODE 3446 NAICS CODE 332323  448 N ARTESIAN AVE CHICAGO IL 60602 | | | |
| | 3040 | IRON OR STEEL – FABRICATION – IRONWORKS – SHOP – ORNAMENTAL & DRIVERS. | $  180,000 | 9.13 | $  16,434.00 |
| | 5102 | DOOR AND WINDOW INSTALLATION – ALL TYPES – RESIDENTIAL AND COMMERCIAL | $  193,000 | 10.66 | $  20,574.00 |
| | 5606 | CONTRACTOR – PROJECT MANAGER CONSTRUCTION EXECUTIVE CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | $  100,000 | 1.79 | $  1,790.00 |
| | 8742 | SALESPERSONS OR COLLECTORS – OUTSIDE | $  150,000 | .30 | $  450.00 |
| | 8810 | CLERICAL OFFICE EMPLOYEES NOC | $  325,000 | .11 | $  358.00 |

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: 02-09-21

**Page 2**

INSURED

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| **Named Insured:** | W E B PRODUCTION & FABRICATING | **Policy Number:** WIL 5059344 00 |
|---|---|---|
| **Agent Name:** | ASSUREDPARTNERS OF IL, LLC | **Policy Period:** 01-28-2021  To 01-28-2022 |
| | RAND-TEC INSURANCE AGENCY, INC | |
| **Agent No:** | 0011784 | |

**Schedule:**　**Page 2**

E X T E N S I O N   O F   I N F O R M A T I O N   P A G E

C L A S S I F I C A T I O N S   S C H E D U L E

| St | Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|---|
| | | | TOTAL CLASS PREMIUM | | | $ 39,606.00 |
| | | 0930 | BLANKET WAIVER | 1.02 | | $ 792.00 |
| | | | INCREASED LIMITS OF | | | |
| | | 9812 | LIABILITY | 1.014 | | $ 554.00 |
| | | | TOTAL SUBJECT PREMIUM | | | $ 40,952.00 |
| | | 9898 | EXPERIENCE PREMIUM | 1.21 | | $ 8,600.00 |
| | | | TOTAL MODIFIED PREMIUM | | | $ 49,552.00 |
| | | 9889 | SCHEDULE MODIFICATION | 1.70 | | $ 34,686.00 |
| | | | STANDARD TOTAL | | | $ 84,238.00 |
| | | 0063 | PREMIUM DISCOUNT | .9198 | | $ -6,756.00 |
| | | 0900 | EXPENSE CONSTANT | | | $ 160.00 |
| | | 9740 | TERRORISM | .03 | | $ 284.00 |
| | | | CATASTROPHE (OTHER THAN | | | |
| | | | CERTIFIED ACTS OF | | | |
| | | 9741 | TERRORISM) | .01 | | $ 95.00 |
| | | | TOTAL ESTIMATED PREMIUM | | | $ 78,021.00 |
| | | | IL WC COMM OPERATIONS FUND | | | |
| | | 0000 | SURCHARGE | 1.0101 | | $ 788.00 |
| | | | TOTAL | | | $ 78,809.00 |

POLICY TOTAL ESTIMATED COST　　　　　　　　　　　　　　　　　　　$　78,809.00

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: 02-09-21

**Page 3**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

| | | | |
|---|---|---|---|
| **Named Insured:** | W E B PRODUCTION & FABRICATING | **Policy Number:** | WIL 5059344 00 |
| **Agent Name:** | ASSUREDPARTNERS OF IL, LLC | **Policy Period:** | 01-28-2021 To 01-28-2022 |
| | RAND-TEC INSURANCE AGENCY, INC | | |
| **Agent No:** | 0011784 | | |

Schedule:    Page 1

E N D O R S E M E N T   S C H E D U L E

| Number | Description |
|---|---|

WORKERS COMPENSATION FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| WC000001A | 09-06 | WC INFORMATION PAGE |
| LOCATIONS | 06-16 | NAME AND LOCATION SCHEDULE |
| WCSCHD | 06-16 | EXTENSION OF INFORMATION PAGE CLASS SCHD |
| WC 00 00 00 C | 01-15 | INSURANCE POLICY |
| WC 99 06 59 | 02-20 | SIGNATURE PAGE |
| WC 00 04 21 E | 01-21 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 99 06 41 | 11-05 | JOINT AND SEVERAL LIABILITY ENDT |
| WC 00 04 06 A | 07-95 | PREMIUM DISCOUNT ENDT |
| WC 00 04 14 A | 01-19 | 90DAY REPORT-NOTIF CHANGE IN OWNERSHIP |
| WC 00 04 19 | 01-01 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 22 C | 01-21 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 00 04 24 | 01-17 | AUDIT NONCOMPLIANCE CHARGE ENDT |
| WC 00 04 25 | 05-17 | EXPERIENCE RATING MODIFICATION FCTR REV |
| WC 12 03 06 A | 07-11 | IL WC & EMPL LIAB POLICY EXCLUSION ENDT |
| WC 12 06 01 F | 01-19 | IL AMENDATORY ENDORSEMENT |
| WC 12 06 03 | 01-19 | IL RENEWAL ENDT |
| WC 99 06 26 | 07-98 | IL-WAIVER OF RIGHT TO RECOVER FROM OTHER |
| ILPHDIS | 07-03 | IL - POLICYHOLDER DISCLOSURE |

**WC 00 00 01A**          **Page 4**
**(Ed. 6-16)**
Issue Date: 02-09-21

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

A. **The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

B. **Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

C. **Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

D. **State**

State means any state of the United States of America, and the District of Columbia.

E. **Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

A. **How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

B. **We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

C. **We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

D. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

E. **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**          WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.  Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H.  Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO**
**EMPLOYERS LIABILITY INSURANCE**

**A.  How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B.  We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq.

and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**
(Ed. 1-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G. Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

### PART THREE
### OTHER STATES INSURANCE

**A. How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

### PART FOUR
### YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE
## PREMIUM

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B. Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C. Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**      **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 99 06 59**

(Ed. 2-20)

**SIGNATURE PAGE**

**IN WITNESS WHEREOF, Insurance Company Of The West has caused this policy to be signed by its Officer(s).**

_____

**PRESIDENT**

_____

**SECRETARY**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  01-28-21          Policy No.  WIL 5059344 00          Endorsement No.

Insured  W E B PRODUCTION & FABRICATING INC          Premium  INCL.

Insurance Company  INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 99 06 59**
**(Ed. 2-20)**                          INSURED

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 04 21 E

(Ed. 01-2021)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 C), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (Other Than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of the Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
    a. It is an act that is violent or dangerous to human life, property, or infrastructure;
    b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
    c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
| IL | .01 | $95 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**   Policy No. **WIL 5059344 00**   Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**   Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

WC 00 04 21 E
(Ed. 01-2021)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**          **WC 99 06 41**

(Ed. 11-05)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**JOINT AND SEVERAL LIABILITY ENDORSEMENT**

In Part Five — Premium, the following is added as the final sentence in Section D. (Premium Payments) and the final sentence of the first paragraph of section E. (Final Premium):

> If More than one employer is named in Item 1 of the Information Page, each employer is jointly and severally liable for payment of premium or final premium due. If the employer named in Item 1 is a partnership, all partners are jointly and severally liable for payment of premium or final premium due.

All other terms and conditions of the policy not in conflict with this endorsement remain in full force and effect.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective `01/28/2021`   Policy No. **WIL 5059344 00**            Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**                  Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 99 06 41**
**(Ed. 11-05)**

INSURED

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 06 A**

(Ed. 7-95)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

ESTIMATED ELIGIBLE PREMIUM  $          84,238

|  | FIRST $10,000 | NEXT $190,000 | NEXT $1,550,000 | BALANCE |
|---|---|---|---|---|
| 1.  **STATE** | | | | |
| IL | 0 | .091 | .113 | .123 |

2.  **AVERAGE PERCENTAGE DISCOUNT:**  8.02    %

3.  **OTHER POLICIES:**

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2021   Policy No. **WIL 5059344 00**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**          Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 06 A**
(Ed. 7-95)
© 1995 National Council on Compensation Insurance, Inc.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 14 A**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### 90-DAY REPORTING REQUIREMENT—NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**          Policy No. **WIL 5059344 00**          Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**                                   Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 14 A**
(Ed. 1-19)
© Copyright 2017 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 19**

(Ed. 1-01)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.     **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2021   Policy No. WIL 5059344 00          Endorsement No.

Insured W E B PRODUCTION & FABRICATING                    Premium $ INCL.

Insurance Company INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 00 04 19**
(Ed. 1-01)
© 2000 National Council on Compensation Insurance, Inc.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 22 C**

(Ed. 01-2021)

**Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

  a. The act is an act of terrorism.
  b. The act is violent or dangerous to human life, property, or infrastructure.
  c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
  d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

**© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.**
INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WC 00 04 22 C**        **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-2021)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.
2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.
3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
| IL | .03 | $284 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**        Policy No. **WIL 5059344 00**        Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**        Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 22 C**
(Ed. 01-2021)
**© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.**
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 00 04 24

(Ed. 1-17)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

**Schedule**

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| IL | Estimated Annual Premium | Up to two times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**    Policy No. **WIL 5059344 00**    Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**    Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**Page 1 of 1**

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　　**WC 00 04 25**

(Ed. 5-17)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

### EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**　　　Policy No. **WIL 5059344 00**　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 25**
(Ed. 5-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
WC 12 03 06 A

(Ed. 7-11)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT**

C.  Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.  liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2021   Policy No. WIL 5059344 00                    Endorsement No.

Insured W E B PRODUCTION & FABRICATING                                         Premium $ INCL.

Insurance Company INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 12 03 06 A**
(Ed. 7-11)
© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 12 06 01 F

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

  3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

### G. Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

### A. Inspection

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public.  We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

### D. Cancellation

  1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.
  2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.
  3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:
      a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
      b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.
  4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
      a. Nonpayment of premium;
      b. The policy was issued because of a material misrepresentation;
      c. You violated any of the terms and conditions of the policy;
      d. The risk originally accepted has measurably increased;
      e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or
      f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.
  5. Our notice of cancellation will state our reasons for cancelling.
  6. The policy period will end on the day and hour stated in the cancellation notice.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WC 12 06 01 F**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E.  Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured the nonrenewal notice at the last known mailing address at least 60 days prior to the expiration of the current policy. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

2. If we fail to give at least 60 days' notice prior to the expiration date of the current policy, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this policy. Additionally, in accordance with 215 ILCS 5/462a, we may be required to provide the named insured with 30 days' written notice prior to the expiration of this policy if the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

3. Our notice of nonrenewal will provide a specific explanation on the reasons for not renewing.

4. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. You notify us or the producer who procured this policy that you do not want the policy renewed; or

   b. You fail to pay all premiums when due; or

   c. You obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**      Policy No. **WIL 5059344 00**          Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**                    Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

Page **2** of **2**

**WC 12 06 01 F**
(Ed. 1-19)
© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 12 06 03

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

## ILLINOIS RENEWAL ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information

Page. Part Six—Conditions of the policy is revised by adding the following:

G. **Renewal**

1. We may elect to renew the policy in accordance with 215 ILCS 5/143.17a.

   a. We will provide the named insured with written notice of our intent to renew if, compared to this current policy, the:

      • Renewal policy premium increases by 30% or more, or

      • Changes in deductibles or coverage materially alter the renewal policy.

   b. We will mail or deliver the written renewal notice:

      • To the named insured at the last known mailing address

      • At least 60 days prior to the renewal or anniversary date of this current policy.

   c. If we fail to provide notice 60 days prior to the renewal or anniversary date, but we do mail or deliver the written renewal notice to the named insured not less than 31 days prior to the renewal or anniversary date of this current policy, then we may extend this policy at the current terms and conditions for the period of time needed to equal the 60 day time period required to provide notice of intention to renew.

   d. All renewal notices will also be sent to the producer, if known, or the producer of record, and to the mortgagee or lien holder listed on the policy. The producer, if known, or the producer of record and the mortgagee or lien holder may opt to accept notification electronically.

   e. If we fail to provide renewal notice as required above, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this current policy. The increase in premium is based on the known exposure as of the date of the quotation compared to the premium as of the last day of coverage for the current year's policy, annualized. The renewal premium may be subsequently amended to reflect any change in exposure or reinsurance costs not considered in the quotation.

   f. If we fail to provide the notice of renewal as required, the policy will still terminate on its expiration date if:

      (1) You notify us or the producer who procured this policy that you do not want the policy renewed; or

      (2) You fail to pay all premiums when due; or

      (3) You obtain other insurance as a replacement of the policy.

   g. Proof of mailing or proof of receipt of the notice of intent to renew to the named insured may be proven by a sworn affidavit by the company as to the usual and customary business practices of mailing notice pursuant to 215 ILCS 5/143.17a or may be proven consistent with Illinois Supreme Court Rule 236.

2. We may elect to conditionally renew the policy in accordance with 215 ILCS 5/462a.

   a. For policies issued, delivered, amended, or renewed on or after January 1, 2019 ("this policy") we will provide the employer with written notice of our intent to conditionally renew if, compared to this policy, the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 12 06 03**  **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

b. To determine whether the renewal premium is in excess of 5% above the rate recommendation, we will **not** consider any premium increases generated from the following items:

- Increased loss costs
- Increased exposure units
- The application of an experience rating modification
- The application of a contracting classification premium adjustment program
- The application of a large deductible program
- The application of a retrospective rating plan
- An audit of auditable coverages

c. Mailing or delivering such written notice to the employer at least 30 days in advance of the expiration date of this policy, at the address shown in Item 1. of the Information Page, and to the authorized agent or broker will be deemed sufficient notice under this section.

d. This conditional renewal notice will include a statement that clearly identifies:

(1) The amount of the premium increase or, if the amount cannot reasonably be determined as of the time the notice is provided, a reasonable estimate of the premium increase based on information available to us at that time

(2) The reason for the increased premium in excess of the rate recommendation filed with the Illinois Department of Insurance

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-21**      Policy No. **WIL 5059344 00**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**          Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

Page **2** of **2**

**WC 12 06 03**
(Ed. 1-19)
© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 99 06 26**

(Ed. 7-98)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### ILLINOIS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy: We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule. The premium for this endorsement is shown in the Schedule.

Schedule

1. **(**    **)** Specific Waiver

   Name of person or organization

   **(X**    **)** Blanket Waiver

   Any person or organization for whom the named insured has agreed by written contract to furnish this waiver.

2. Operations: **ALL ILLINOIS OPERATIONS**

3. Premium

   The premium charge for this endorsement shall be    **2**   percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4. Minimum Premium

5. Advance Premium

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2021**   Policy No. **WIL 5059344 00**      Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**      Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

                      Countersigned By _____

**WC 99 06 26**
**(Ed. 7-98)**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Insured:** W E B PRODUCTION & FABRICATING
**Policy Number:** WIL 5059344 00
**Insurer:** INSURANCE COMPANY OF THE WEST

**POLICYHOLDER DISCLOSURE**
**ILLINOIS INDUSTRIAL COMMISSION OPERATIONS FUND SURCHARGE**

Your policy has been surcharged as a result of the Illinois Industrial Commission Operations Fund Surcharge effective June 20, 2003. The establishment of this fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is   $        788.00.

**ILPHDIS**
**(Ed. 7-03**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

# EXHIBIT E

FILED DATE: 9/13/2023 1:11 PM 2023CH08137

# D I V I D E R

# P A G E

```
Producer No:   0011784          SAN:      95919210000000
Pol Eff Dt:    01-28-2022       Office:   91

Date Printed:  02-01-2022
Time Printed:  13:05:57

Trans Eff Dt:  01-28-2022
Insured Name:  W E B PRODUCTION & FABRICATING
Policy No:     WIL5059344
Trans Seq No:  001
Trans Type:    Manual Renewal Issue
Oper Init:     TCOUTS
Company Abbr:  IW
Release Version: 21.10

User-Selected Sets    Copies Printer
INSURED COPY          01      PDF ONLY
COMPANY COPY          01      PDF ONLY
BUREAU COPY           01      PDF ONLY
AUDIT COPY            01      PDF ONLY
```

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

```
W E B PRODUCTION & FABRICATING INC
448 N ARTESIAN AVE
CHICAGO IL 60602
```

02-01-22

**WORKERS COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY – INFORMATION PAGE**

FILED DATE: 9/13/2023 1:11 PM    2023CH08137

**INSURER:**

INSURANCE COMPANY OF THE WEST

**POLICY NO:**   WIL 5059344 01

**RENEWAL OF:**   WIL 5059344 00
NCCI Company No:   **19593**
Account No:
**RISK ID #127596743**
N.J. Taxpayer Identification No.

**ITEM 1.   NAMED INSURED AND MAILING ADDRESS:**
W E B PRODUCTION & FABRICATING INC
448 N ARTESIAN AVE
CHICAGO IL 60602

**PRODUCER NAME AND ADDRESS:**
ASSUREDPARTNERS OF IL, LLC
RAND-TEC INSURANCE AGENCY, INC
977 LAKEVIEW PKWY, STE 105
VERNON HILLS NJ 60061

**PRODUCER NO.:**   0011784

**LEGAL ENTITY:**   CORPORATION
**OTHER WORKPLACES NOT SHOWN ABOVE:**   (See Workers Compensation Classification Schedule)

**ITEM 2.   POLICY PERIOD:** From:   01-28-2022 To:   01-28-2023
Effective 12:01 A.M. Standard Time at the Insured's mailing address.

**ITEM 3.   COVERAGE:**

A.   Workers Compensation Insurance:  Part One of the policy applies to the Workers Compensation Law of the states listed here:
IL

B.   Employers' Liability Insurance:  Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of liability under Part Two are:

Bodily Injury by Accident:          $    1,000,000    each accident
Bodily Injury by Disease:           $    1,000,000    policy limit
Bodily Injury by Disease:           $    1,000,000    each employee

C.   Other States Insurance:  Part Three of the policy applies to the states, if any, listed here:
AK AL AR AZ CA CO CT DC DE FL GA HI IA ID IN KS KY LA MA MD
ME MI MN MO MS MT NC NE NH NJ NM NV NY OK OR PA RI SC SD TN
TX UT VA VT WI WV

D.   This Policy includes these Endorsements and Schedules:
See Schedule of Forms and Endorsements.

**ITEM 4.   PREMIUM:** The premium for this Policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required on the Workers Compensation Classification Schedule is subject to verification and change by audit.

Total Estimated
Minimum Premium: $      1,500       Annual Premium: $      49,862
Audit Period: **MONTHLY**

Issued At: **Springfield, IL**
Date: **02-01-22**                Countersigned by _____

**INSURANCE COMPANY OF THE WEST**

PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

**Named Insured:** W E B PRODUCTION & FABRICATING    **Policy Number:** WIL 5059344 01

**Agent Name:** ASSUREDPARTNERS OF IL, LLC
RAND-TEC INSURANCE AGENCY, INC    **Policy Period:** 01-28-2022  To 01-28-2023

**Agent No:** 0011784

Schedule:    **Page 1**

N A M E D  I N S U R E D  A N D  L O C A T I O N  S C H E D U L E

001   W E B PRODUCTION & FABRICATING INC    Risk ID 127596743
448 N ARTESIAN AVE                              FEIN: ████████
CHICAGO IL 60602                                SIC Code: 3446
                                                # EMP : 15
                                                PHONE # : (312)733-6800

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| Named Insured: | W E B PRODUCTION & FABRICATING | Policy Number: WIL 5059344 01 |
|---|---|---|
| Agent Name: | ASSUREDPARTNERS OF IL, LLC | Policy Period: 01-28-2022  To 01-28-2023 |
| | RAND-TEC INSURANCE AGENCY, INC | |
| Agent No: | 0011784 | |

Schedule:     Page 1

E X T E N S I O N   O F   I N F O R M A T I O N   P A G E

C L A S S I F I C A T I O N S   S C H E D U L E

| St  Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| ILLINOIS | | | | | |
| 0001-01 | | W E B PRODUCTION & FABRICATING INC FEIN # ███████ SIC CODE 3446 NAICS CODE 332323 <br><br> 448 N ARTESIAN AVE CHICAGO IL 60602 | | | |
| | 3040 | IRON OR STEEL - FABRICATION - IRONWORKS - SHOP - ORNAMENTAL & DRIVERS. | $    159,895 | 9.42 | $    15,062.00 |
| | 5102 | DOOR AND WINDOW INSTALLATION - ALL TYPES - RESIDENTIAL AND COMMERCIAL | $     80,847 | 9.73 | $     7,866.00 |
| | 5606 | CONTRACTOR - PROJECT MANAGER CONSTRUCTION EXECUTIVE CONSTRUCTION MANAGER OR CONSTRUCTION SUPERINTENDENT | $    141,260 | 1.77 | $     2,500.00 |
| | 8742 | SALESPERSONS OR COLLECTORS - OUTSIDE | $    197,694 | .27 | $       534.00 |
| | 8810 | CLERICAL OFFICE EMPLOYEES NOC. | $     46,355 | .11 | $        51.00 |

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: 02-01-22

Page 2

INSURED

**INSURANCE COMPANY OF THE WEST**
PO Box 509039
San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| | | |
|---|---|---|
| **Named Insured:** | W E B PRODUCTION & FABRICATING | **Policy Number:** WIL 5059344 01 |
| **Agent Name:** | ASSUREDPARTNERS OF IL, LLC<br>RAND-TEC INSURANCE AGENCY, INC | **Policy Period:** 01-28-2022  **To** 01-28-2023 |
| **Agent No:** | 0011784 | |

**Schedule:**    **Page 2**

## EXTENSION OF INFORMATION PAGE

## CLASSIFICATIONS SCHEDULE

| St | Loc | Code No. | Classifications | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|---|
| | | | TOTAL CLASS PREMIUM | | | $    26,013.00 |
| | | 0930 | BLANKET WAIVER | 1.02 | | $        520.00 |
| | | | INCREASED LIMITS OF | | | |
| | | 9812 | LIABILITY | 1.014 | | $        364.00 |
| | | | TOTAL SUBJECT PREMIUM | | | $    26,897.00 |
| | | 9898 | EXPERIENCE PREMIUM | 1.31 | | $      8,338.00 |
| | | | TOTAL MODIFIED PREMIUM | | | $    35,235.00 |
| | | 9889 | SCHEDULE MODIFICATION | 1.50 | | $    17,618.00 |
| | | | STANDARD TOTAL | | | $    52,853.00 |
| | | 0063 | PREMIUM DISCOUNT | .9262 | | $    -3,901.00 |
| | | 0900 | EXPENSE CONSTANT | | | $        160.00 |
| | | 9740 | TERRORISM | .03 | | $        188.00 |
| | | | CATASTROPHE (OTHER THAN | | | |
| | | | CERTIFIED ACTS OF | | | |
| | | 9741 | TERRORISM) | .01 | | $         63.00 |
| | | | TOTAL ESTIMATED PREMIUM | | | $    49,363.00 |
| | | | IL WC COMM OPERATIONS FUND | | | |
| | | 0000 | SURCHARGE | 1.0101 | | $        499.00 |
| | | | TOTAL | | | $    49,862.00 |

POLICY TOTAL ESTIMATED COST                                   $    49,862.00

**WC 00 00 01A**
**(Ed. 6-16)**
Issue Date: 02-01-22

**Page 3**

INSURED

**INSURANCE COMPANY OF THE WEST**

PO Box 509039

San Diego, CA 92150-9039

**Standard Workers' Compensation
and Employers' Liability Policy**

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

| | | | |
|---|---|---|---|
| **Named Insured:** | W E B PRODUCTION & FABRICATING | **Policy Number:** | WIL 5059344 01 |
| **Agent Name:** | ASSUREDPARTNERS OF IL, LLC | **Policy Period:** | 01-28-2022  To 01-28-2023 |
| | RAND-TEC INSURANCE AGENCY, INC | | |
| **Agent No:** | 0011784 | | |

Schedule:    Page 1

E N D O R S E M E N T   S C H E D U L E

| Number | | Description |
|---|---|---|

WORKERS COMPENSATION FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| WC000001A | 09-06 | WC INFORMATION PAGE |
| LOCATIONS | 06-16 | NAME AND LOCATION SCHEDULE |
| WCSCHD | 06-16 | EXTENSION OF INFORMATION PAGE CLASS SCHD |
| WC 00 00 00 C | 01-15 | INSURANCE POLICY |
| WC 99 06 59 | 02-20 | SIGNATURE PAGE |
| WC 00 04 21 E | 01-21 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 99 06 41 | 11-05 | JOINT AND SEVERAL LIABILITY ENDT |
| WC 00 04 06 A | 07-95 | PREMIUM DISCOUNT ENDT |
| WC 00 04 14 A | 01-19 | 90DAY REPORT-NOTIF CHANGE IN OWNERSHIP |
| WC 00 04 19 | 01-01 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 22 C | 01-21 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 00 04 24 | 01-17 | AUDIT NONCOMPLIANCE CHARGE ENDT |
| WC 00 04 25 | 05-17 | EXPERIENCE RATING MODIFICATION FCTR REV |
| WC 12 03 06 A | 07-11 | IL WC & EMPL LIAB POLICY EXCLUSION ENDT |
| WC 12 06 01 F | 01-19 | IL AMENDATORY ENDORSEMENT |
| WC 12 06 03 | 01-19 | IL RENEWAL ENDT |
| WC 99 06 26 | 07-98 | IL-WAIVER OF RIGHT TO RECOVER FROM OTHER |
| ILPHDIS | 07-03 | IL - POLICYHOLDER DISCLOSURE |

**WC 00 00 01A**

**(Ed. 6-16)**

Issue Date: 02-01-22

**Page 4**

INSURED

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 00 00 00 C
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**   (Ed. 1-15)   **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F.  **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G.  **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

H.  **Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a.  benefits payable by this insurance;

   b.  special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO**
**EMPLOYERS LIABILITY INSURANCE**

A.  **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B.  **We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C.  Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq.

and 901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D.  We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E.  We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**   WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE
OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR
YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 00 00 00 C**
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

papers related to the injury, claim, proceeding or suit.

4.  Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5.  Do nothing after an injury occurs that would interfere with our right to recover from others.

6.  Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

### PART FIVE
### PREMIUM

**A.  Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.  Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.  Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1.  all your officers and employees engaged in work covered by this policy; and

2.  all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D.  Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E.  Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1.  If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2.  If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F.  Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G.  Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 00 00 C**  WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PART SIX
## CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 99 06 59**

(Ed. 2-20)

## SIGNATURE PAGE

**IN WITNESS WHEREOF, Insurance Company Of The West has caused this policy to be signed by its Officer(s).**

_____          _____
**PRESIDENT**                                             **SECRETARY**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  01-28-22          Policy No.  WIL 5059344 01          Endorsement No.

Insured  W E B PRODUCTION & FABRICATING INC          Premium  INCL.

Insurance Company  INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 99 06 59**
**(Ed. 2-20)**                                             INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 04 21 E**

(Ed. 01-2021)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

### Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 C), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (Other Than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of the Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
  - a. It is an act that is violent or dangerous to human life, property, or infrastructure;
  - b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
  - c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
| IL | .01 | $63 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**      Policy No. **WIL 5059344 01**      Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**      Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 21 E**
(Ed. 01-2021)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY** WC 99 06 41

(Ed. 11-05)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**JOINT AND SEVERAL LIABILITY ENDORSEMENT**

In Part Five — Premium, the following is added as the final sentence in Section D. (Premium Payments) and the final sentence of the first paragraph of section E.  (Final Premium):

If More than one employer is named in Item 1 of the Information Page, each employer is jointly and severally liable for payment of premium or final premium due. If the employer named in Item 1 is a partnership, all partners are jointly and severally liable for payment of premium or final premium due.

All other terms and conditions of the policy not in conflict with this endorsement remain in full force and effect.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2022   Policy No. WIL 5059344 01          Endorsement No.

Insured W E B PRODUCTION & FABRICATING                    Premium $ INCL.

Insurance Company INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 99 06 41**
**(Ed. 11-05)**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  **WC 00 04 06 A**

(Ed. 7-95)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

ESTIMATED ELIGIBLE PREMIUM  $         52,853

| | FIRST $10,000 | NEXT $190,000 | NEXT $1,550,000 | BALANCE |
|---|---|---|---|---|
| 1. **STATE** | | | | |
| IL | 0 | .091 | .113 | .123 |

2.  **AVERAGE PERCENTAGE DISCOUNT:**  7.38    %

3.  **OTHER POLICIES:**

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2022   Policy No. **WIL 5059344 01**        Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**               Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 06 A**
(Ed. 7-95)
© **1995 National Council on Compensation Insurance, Inc.**

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 14 A**

(Ed. 1-19)

**90-DAY REPORTING REQUIREMENT—NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT**

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**    Policy No. **WIL 5059344 01**    Endorsement No.
Insured **W E B PRODUCTION & FABRICATING INC**    Premium $ **INCL.**
Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 14 A**
(Ed. 1-19)
© Copyright 2017 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 00 04 19

(Ed. 1-01)

FILED DATE: 9/13/2023 1:11 PM  2023CH08137

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.   **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2022   Policy No. WIL 5059344 01            Endorsement No.

Insured W E B PRODUCTION & FABRICATING                      Premium $ INCL.

Insurance Company INSURANCE COMPANY OF THE WEST

Countersigned By _____

**WC 00 04 19**
(Ed. 1-01)
© 2000 National Council on Compensation Insurance, Inc.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 00 04 22 C

(Ed. 01-2021)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property, or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 00 04 22 C**      **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 01-2021)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.
2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.
3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
| IL | .03 | $188 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**     Policy No. **WIL 5059344 01**     Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**     Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 22 C**
(Ed. 01-2021)
© Copyright 2020 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 04 24**

(Ed. 1-17)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

### Schedule

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|----------|-------------------------------------|-----------------------------------------------|
| IL | Estimated Annual Premium | Up to two times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**　　　Policy No. **WIL 5059344 01**　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**Page 1 of 1**

WC 00 04 24
(Ed. 1-17)
© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 25**

(Ed. 5-17)

**EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT**

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**     Policy No. **WIL 5059344 01**     Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**     Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 00 04 25**
(Ed. 5-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　　**WC 12 03 06 A**

(Ed. 7-11)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY EXCLUSION ENDORSEMENT

C.   Change Part Two—C. Exclusions 1. as follows:

This insurance does not cover

1.   liability assumed under a contract, and/or any agreement to waive your right to limit your liability for contribution to the amount of benefits payable under the Workers Compensation Act and the Workers Occupational Disease Act. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective 01/28/2022   Policy No. **WIL 5059344 01**　　　　　Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**　　　　　Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

　　　　　　　　　　　　　　　　　　　Countersigned By _____

**WC 12 03 06 A**
(Ed. 7-11)

© Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 12 06 01 F

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information Page.

Part Two—Employers Liability Insurance, Section B. (We Will Pay), Item 3. of the policy is replaced by the following:

3. For consequential bodily injury to a party to a civil union, spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

Part Five—Premium, Section G. (Audit) of the policy is replaced by the following:

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy ends. Information developed by audit will be used to determine final premium. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section A. (Inspection) of the policy is replaced by the following:

**A. Inspection**

We have the right, but are not obliged, to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public.  We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes, or standards. The National Council on Compensation Insurance has the same rights we have under this provision.

Part Six—Conditions, Section D. (Cancellation) of the policy is replaced by the following:

**D. Cancellation**

1. You may cancel this policy. You will mail or deliver advance written notice to us, stating when the cancellation is to take effect.
2. We may cancel this policy. We will mail to each named insured at the last known mailing address advance written notice stating when the cancellation is to take effect. We will maintain proof of mailing of the notice of cancellation. A copy of all such notices shall be sent to the broker or agent of record, if known, at the last known mailing address. The broker or agent of record may opt to accept notification electronically.
3. If we cancel because you do not pay all premium when due, we will mail the notice of cancellation at least ten days before the cancellation is to take effect. If we cancel for any other reason, we will mail the notice:
   a. At least 30 days before the cancellation is to take effect if the policy has been in force for 60 days or less;
   b. At least 60 days before the cancellation is to take effect if the policy has been in force for 61 days or more.
4. If this policy has been in effect for 60 days or more, we may cancel only for one of the following reasons:
   a. Nonpayment of premium;
   b. The policy was issued because of a material misrepresentation;
   c. You violated any of the terms and conditions of the policy;
   d. The risk originally accepted has measurably increased;
   e. The Director has determined that we no longer have adequate reinsurance to meet our needs; or
   f. The Director has determined that continuation of coverage could place us in violation of the laws of Illinois.
5. Our notice of cancellation will state our reasons for cancelling.
6. The policy period will end on the day and hour stated in the cancellation notice.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WC 12 06 01 F**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

Part Six—Conditions, Section E. (Sole Representative) of the policy is replaced by the following:

**E.  Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, or give us notice of cancellation.

Part Six—Conditions of the policy is changed by adding the following:

**F. Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured the nonrenewal notice at the last known mailing address at least 60 days prior to the expiration of the current policy. We will maintain proof of mailing of the nonrenewal notice. An exact and unaltered copy of such notice will also be sent to the named insured's producer, if known, or the producer of record at the last known mailing address. The named insured's producer, if known, or the producer of record may opt to accept notification electronically.

2. If we fail to give at least 60 days' notice prior to the expiration date of the current policy, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this policy. Additionally, in accordance with 215 ILCS 5/462a, we may be required to provide the named insured with 30 days' written notice prior to the expiration of this policy if the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

3. Our notice of nonrenewal will provide a specific explanation on the reasons for not renewing.

4. If we fail to provide the notice of nonrenewal as required, the policy will still terminate on its expiration date if:

   a. You notify us or the producer who procured this policy that you do not want the policy renewed; or

   b. You fail to pay all premiums when due; or

   c. You obtain other insurance as a replacement of the policy.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**        Policy No. **WIL 5059344 01**          Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**        Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 12 06 01 F**
(Ed. 1-19)
© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.
INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY** WC 12 06 03

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

## ILLINOIS RENEWAL ENDORSEMENT

This endorsement applies because Illinois is shown in Item 3.A. of the Information

Page. Part Six—Conditions of the policy is revised by adding the following:

G. **Renewal**

1. We may elect to renew the policy in accordance with 215 ILCS 5/143.17a.

   a. We will provide the named insured with written notice of our intent to renew if, compared to this current policy, the:

      • Renewal policy premium increases by 30% or more, or

      • Changes in deductibles or coverage materially alter the renewal policy.

   b. We will mail or deliver the written renewal notice:

      • To the named insured at the last known mailing address

      • At least 60 days prior to the renewal or anniversary date of this current policy.

   c. If we fail to provide notice 60 days prior to the renewal or anniversary date, but we do mail or deliver the written renewal notice to the named insured not less than 31 days prior to the renewal or anniversary date of this current policy, then we may extend this policy at the current terms and conditions for the period of time needed to equal the 60 day time period required to provide notice of intention to renew.

   d. All renewal notices will also be sent to the producer, if known, or the producer of record, and to the mortgagee or lien holder listed on the policy. The producer, if known, or the producer of record and the mortgagee or lien holder may opt to accept notification electronically.

   e. If we fail to provide renewal notice as required above, the policy will automatically be extended for one year under the same terms and conditions. We may increase the renewal premium, but such increase must be less than 30% of this policy's premium and notice of such increase must be delivered to the named insured on or before the date of expiration of this current policy. The increase in premium is based on the known exposure as of the date of the quotation compared to the premium as of the last day of coverage for the current year's policy, annualized. The renewal premium may be subsequently amended to reflect any change in exposure or reinsurance costs not considered in the quotation.

   f. If we fail to provide the notice of renewal as required, the policy will still terminate on its expiration date if:

      (1) You notify us or the producer who procured this policy that you do not want the policy renewed; or

      (2) You fail to pay all premiums when due; or

      (3) You obtain other insurance as a replacement of the policy.

   g. Proof of mailing or proof of receipt of the notice of intent to renew to the named insured may be proven by a sworn affidavit by the company as to the usual and customary business practices of mailing notice pursuant to 215 ILCS 5/143.17a or may be proven consistent with Illinois Supreme Court Rule 236.

2. We may elect to conditionally renew the policy in accordance with 215 ILCS 5/462a.

   a. For policies issued, delivered, amended, or renewed on or after January 1, 2019 ("this policy") we will provide the employer with written notice of our intent to conditionally renew if, compared to this policy, the renewal premium is in excess of 5% above the rate recommendation filed with and approved by the Illinois Department of Insurance.

© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WC 12 06 03**        **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-19)

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

    b. To determine whether the renewal premium is in excess of 5% above the rate recommendation, we will **not** consider any premium increases generated from the following items:

- Increased loss costs
- Increased exposure units
- The application of an experience rating modification
- The application of a contracting classification premium adjustment program
- The application of a large deductible program
- The application of a retrospective rating plan
- An audit of auditable coverages

    c. Mailing or delivering such written notice to the employer at least 30 days in advance of the expiration date of this policy, at the address shown in Item 1. of the Information Page, and to the authorized agent or broker will be deemed sufficient notice under this section.

    d. This conditional renewal notice will include a statement that clearly identifies:

      (1) The amount of the premium increase or, if the amount cannot reasonably be determined as of the time the notice is provided, a reasonable estimate of the premium increase based on information available to us at that time

      (2) The reason for the increased premium in excess of the rate recommendation filed with the Illinois Department of Insurance

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01-28-22**      Policy No. **WIL 5059344 01**      Endorsement No.

Insured **W E B PRODUCTION & FABRICATING INC**      Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

                            Countersigned By _____

**WC 12 06 03**
(Ed. 1-19)
© Copyright 2018 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 99 06 26**

(Ed. 7-98)

### ILLINOIS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Illinois is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy: We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule. The premium for this endorsement is shown in the Schedule.

Schedule

1. **(   )** Specific Waiver

   Name of person or organization

   **(X  )** Blanket Waiver

   Any person or organization for whom the named insured has agreed by written contract to furnish this waiver.

2. Operations: **ILLINOIS OPERATIONS ONLY**

3. Premium

   The premium charge for this endorsement shall be   **2**  percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4. Minimum Premium

5. Advance Premium

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **01/28/2022**   Policy No. **WIL 5059344 01**         Endorsement No.

Insured **W E B PRODUCTION & FABRICATING**                    Premium $ **INCL.**

Insurance Company **INSURANCE COMPANY OF THE WEST**

Countersigned By _____

**WC 99 06 26**
**(Ed. 7-98)**

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

FILED DATE: 9/13/2023 1:11 PM   2023CH08137

**Insured:** W E B PRODUCTION & FABRICATING
**Policy Number:** WIL 5059344 01
**Insurer:** INSURANCE COMPANY OF THE WEST

**POLICYHOLDER DISCLOSURE**
**ILLINOIS INDUSTRIAL COMMISSION OPERATIONS FUND SURCHARGE**

Your policy has been surcharged as a result of the Illinois Industrial Commission Operations Fund Surcharge effective June 20, 2003.  The establishment of this fund provides that every insurance company, authorized or licensed by the Illinois Insurance Department and insuring employer's liabilities arising under the Workers' Compensation Act or the Workers' Occupational Disease Act, must remit a surcharge equal to 1.01% of the direct written premium for insuring employers' liability under the Workers' Compensation Act or Workers' Occupational Diseases Act.

The portion of your annual premium that is attributable to this surcharge is    $         499.00.

**ILPHDIS**
**(Ed. 7-03**

INSURED

Hearing Date: No hearing scheduled    This form is approved by the Illinois Supreme Court and may be accepted for filing in all Illinois courts.
Location: <<CourtRoomNumber>>    Forms are free at ilcourts.info/forms.
Judge Calendar, 1

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | *For Court Use Only* |
|---|---|---|
| Cook    COUNTY | | FILED<br>9/13/2023 4:36 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023CH08137<br>Calendar, 1<br>24363542 |

<table>
<tr>
<td>

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Below "Defendants/ Respondents," enter the names of all people you are suing.

Enter the Case Number given by the Circuit Clerk.

</td>
<td>

W.E.B. Production & Fabricating, Inc.

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

**Defendants / Respondents** *(First, middle, last name)*

Insurance Company of the West

_____

_____

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

</td>
<td>

2023CH08137

**Case Number**

</td>
</tr>
</table>

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

**Plaintiff/Petitioner:**

**Do not use this form** in these types of cases:

| | | |
|---|---|---|
| • All criminal cases | • Order of protection | • Adult guardianship |
| • Eviction | • Paternity | • Detinue |
| • Small Claims | • Stalking no contact orders | • Foreclosure |
| • Divorce | • Civil no contact orders | • Administrative review cases |

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

1. **Defendant/Respondent's address and service information:**

   a. Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last)*:  Insurance Company of the West

   Registered Agent's name, if any:  Michael Paul Warnick

   Street Address, Unit #:  15025 Innovation Drive

   City, State, ZIP:  San Diego, CA 92128

   Telephone: _____   Email: _____

   b. If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last)*: _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____   Email: _____

   c. Method of service on Defendant/Respondent:

   ☐ Sheriff          ☐ Sheriff outside Illinois: _____
                                              *County & State*

   ☐ Special process server      ☐ Licensed private detective

> *In 1a, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.*
>
> *In 1b, enter a second address for the first Defendant/ Respondent, if you have one.*
>
> *In 1c, check how you are sending your documents to this Defendant/ Respondent.*

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*
                   *Number*
*and Service Information* forms.

> *Check here if you are serving more than 1 Defendant/ Respondent. Attach an Additional Defendant/ Respondent Address and Service Information form for each additional Defendant/Respondent and write the number of forms you attached.*

2. **Information about the lawsuit:**

   a. Amount claimed:  $ _____

   b. ☐ I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

> *In 2a, enter the amount of money owed to you. Check 2b if you are asking for the return of tangible personal property.*

3. **Contact information for the Plaintiff/Petitioner:**

   Name *(First, Middle, Last)*: Carl V. Malmstrom

   Street Address, Unit #:  111 W. Jackson Blvd., Suite 1700

   City, State, ZIP:  Chicago, IL 60604

   Telephone: _____   Email:  malmstrom@whafh.com

> *In 3, enter your complete address, telephone number, and email address, if you have one.*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

> **Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

4. **Instructions for person receiving this *Summons* (Defendant):**

   ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

   Address:  50 W. Washington St.

   City, State, ZIP:  Chicago, IL 60602

> *Check 4a or 4b. If Defendant/Respondent only needs to file an Appearance and Answer/Response within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.*

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

| | b. | Attend court: |

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website. All of this information is available from the Circuit Clerk.

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
    *Date*     *Time*        *Courtroom*

**In-person at:** _____

_____
*Courthouse Address*  *City*    *State*  *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

 By telephone: _____
        *Call-in number for telephone remote appearance*

 By video conference: _____
         *Video conference website*

 _____
 *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
       *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
 *Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** _____

**Clerk of the Court:** 9/13/2023 4:36 PM IRIS Y. MARTINEZ
      _____

*Seal of Court*

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
      *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** <br><br> Cook _____ COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | W.E.B. Production & Fabricating, Inc. _____ <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. <br><br> Insurance Company of the West _____ <br> **Defendant / Respondent** *(First, middle, last name)* | 2023CH08137 _____ <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
       *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
      ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
      member or lives there:
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address, Unit#: _____
      City, State, ZIP: _____
      And left it with: _____
                *First, Middle, Last*
      ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
      and by sending a copy to this defendant in a postage-paid, sealed envelope to the
      above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                     *First, Middle, Last*
      ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
      On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | |

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ 0

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

FILED
9/13/2023 4:36 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH08137
Calendar, 1
24363542

|  |  |
|---|---|
| W.E.B PRODUCTION & FABRICATING, INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>INSURANCE COMPANY OF THE WEST,<br><br>          Defendant. | Case No. 2023CH08137<br><br>Judge: Hon. Thaddeus Wilson |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION[1]

Plaintiff W.E.B. Production & Fabricating, Inc. ("Plaintiff"), by and through its undersigned attorney, respectfully moves this Court, pursuant to 735 ILCS 5/2-801 *et seq.*, for an Order certifying this litigation as a class action on behalf of the following class (sometimes collectively referred to as the "Class"):

> All Illinois insureds of Insurance Company of the West whose workers' compensation insurance premiums were calculated using a Schedule Rating Modification in excess of 1.00, and where such calculation resulted in the insured being charged a higher premium than the insured would have otherwise paid.

Plaintiff hereby reserves the right to amend the definition of the Class if discovery or further investigation reveals that the Class should be expanded or otherwise modified.

Certification of Plaintiff's claims for class-wide treatment is appropriate because Plaintiff can prove the elements of its claims on a class-wide basis using the same evidence as would be

---

[1] Plaintiff requests that the Court delay its ruling on this motion until the parties have had an opportunity to complete the discovery process and fully brief this issue. Plaintiff is filing this motion in light of the Illinois Supreme Court's opinion in *Ballard RN Ctr., Inc. v. Kohll's Pharm. & Homecare, Inc.*, 2015 IL 118644 (2015). In *Ballard*, the Illinois Supreme Court found that a motion for class certification which "identified [the] defendant, the applicable date or dates, and the general outline of plaintiff's class action allegations" was sufficient to overcome efforts by the defendant to defeat the case in question on the ground of mootness. *Id.* at ¶38.

used to prove those elements in individual actions alleging the same claims.

In support of its motion, Plaintiff states as follows:[2]

1.    **Introduction.**  This is a class action lawsuit through which Plaintiff, individually and on behalf of the Class described herein, seeks damages from defendant Insurance Company of the West ("Defendant") for Defendant's unlawful overcharges in its ratings plans.

This case satisfies all of the elements of 735 ILCS 5/2-801 *et seq*.  Illinois state law requires numerosity, commonality, adequacy, and appropriateness of representation.   As discussed below, each of these requirements is satisfied:

2.    **Numerosity** – 735 ILCS 5/2-801(1).  The numerosity requirement is satisfied where "joinder of all members is impracticable."  *Id.*  "Although there is no magic number of class members for numerosity purposes, case law indicates that when a class numbers at least 40, joinder will be considered impracticable."  *Hernandez v. Gatto Indus. Platers*, 2009 U.S. Dist. LEXIS 36023, at *6 (N.D. Ill. Apr. 28, 2009).[3]  Here, the exact number of class members is currently believed to amount to thousands of entities and individuals.  *See* Complaint, ¶ 33.

3.    **Commonality** – 735 ILCS 5/2-801(2).  The commonality requirement is satisfied where "common questions [of law or fact] predominate over any questions affecting only individual members."  *Id.*  "To satisfy this predominance requirement, a plaintiff must necessarily show that successful adjudication of the class representative's individual claim will

---

[2] Upon presentment of this Motion for Class Certification to the Court, Plaintiff will request a briefing schedule that will include, among other things, a deadline by which to file its opening memorandum of law in support thereof after sufficient discovery has been allowed.  In *Ballard RN Ctr.*, the Illinois Supreme Court stated that "when additional discovery or further development of the factual basis is necessary. . .those matters will be left to the discretion of the trial court."  *Id.*, 2015 IL 118644 at ¶43.

[3] "Section 2-801 of the Code, which is patterned after Rule 23 of the Federal Rules of Civil Procedure, sets forth the prerequisites needed to maintain a Class action.  Given the relationship between these two provisions, federal decisions interpreting Rule 23 are persuasive authority with regard to questions of class certification in Illinois."  *Uesco Indus. v. Poolman of Wis.*, Inc., 2013 IL App (1st) 112566 at ¶45 (Ill. App. Ct. 1st Dist. 2013) (internal quotation marks and citations omitted).

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

FILED DATE: 9/13/2023 4:36 PM    2023CH08137

establish a right of recovery in other class members. A favorable judgment for the class should decisively resolve the whole controversy, and all that should remain is for other class members to file proof of their claim." *Mashal v. City of Chicago*, 2012 IL 112341 at ¶33 (2012) (internal quotation marks and citations omitted).

As alleged in the Complaint, Defendant engaged in a common course of conduct that was nearly identical for every putative member of the Class. Similar injury is involved for every potential class member stemming from Defendant's uniform policy of charging excess and illegal workers' compensation insurance premiums.

In this case, the common questions of law or fact include, among others:

a.    Whether Defendant filed the Pretextual Method with the Insurance Department;

b.    Whether Defendant publicly disclosed its use of the Pretextual Method;

c.    Whether Defendant violated 215 ILCS 5/457 by failing to file the Pretextual Method with the Insurance Department;

d.    Whether Defendant violated 215 ILCS 5/457 by failing to publicly disclose its use of the Pretextual Method;

e.    Whether Defendant violated 215 ILCS 5/457 by hiding the true methodology it used to determine the SRMs, and consequent premiums, of Plaintiff and the Class;

f.    Whether Defendant violated 215 ILCS 5/467 by filing the Schedule Rating Plan with the Insurance Department that it did not use to calculate the SRMs, and consequent premiums, of Plaintiff and the Class;

g.    Whether Defendant violated 215 ILCS 5/467 by failing to file the Pretextual Method with the Insurance Department;

h.    Whether Defendant violated 215 ILCS 5/467 by failing to publicly disclose its use of the Pretextual Method;

i.    Whether Defendant violated 215 ILCS 5/467 by hiding the true methodology it used to determine the SRMs, and consequent premiums, of Plaintiff and the Class;

j.    Whether Defendant violated 215 ILCS 5/462(b) by filing the Schedule Rating Plan with the Insurance Department that it did not use to calculate the SRMs, and

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

consequent premiums, of Plaintiff and the Class;

k.      Whether Defendant violated 215 ILCS 5/462(b) by failing to file the Pretextual Method with the Insurance Department;

l.      Whether Defendant violated 215 ILCS 5/462(b) by failing to publicly disclose its use of the Pretextual Method;

m.      Whether Defendant breached Defendant's contracts for insurance with Plaintiff and the Class through its conduct;

n.      Whether Defendant violated the ICFA through its conduct;

o.      Whether Defendant was unjustly enriched through its conduct;

p.      Whether Defendant concealed its improper and illegal actions from members of the Class;

q.      Whether Defendant should be enjoined from continuing its improper practices; and

r.      The proper measure of damages for each claim.

Compl., ¶ 34.  Based on the nature of Defendant's conduct which Defendant uniformly applied to the Plaintiff and all members of the alleged class, commonality is easily established here.  "It is proper to allow a class action where a defendant is alleged to have acted wrongfully in the same basic manner towards an entire class."  *P.J.'s Concrete Pumping Serv. v. Nextel W. Corp.*, 345 Ill. App. 3d 992, 1003 (Ill. App. Ct. 2d Dist. 2004) (citation omitted).

**4.**      **Adequacy** − 735 ILCS 5/2-801(3).  The adequacy requirement is satisfied where the "representative parties will fairly and adequately protect the interest of the class."  *Id.*  The purpose the adequacy requirement "is to ensure that all class members will receive proper, efficient, and appropriate protection of their interests in the presentation of the claim.  The test to determine the adequacy of representation is whether the interests of those who are parties are the same as those who are not joined."  *P.J.'s Concrete Pumping Serv.*, 345 Ill. App. 3d at 1004 (citations omitted).

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

Here, Plaintiff has no interests antagonistic to the interests of absent class members, and Plaintiff has retained counsel that are qualified, experienced, and able to conduct the proposed litigation.

**5.**     **Appropriateness** – 735 ILCS 5/2-801(4).   The appropriateness requirement is satisfied where the "class action is an appropriate method for the fair and efficient adjudication of the controversy." *Id*.  Further,

> In deciding whether the [appropriateness] requirement for class certification is met, a court considers whether a class action can best secure economies of time, effort, and expense or accomplish the other ends of equity and justice that class actions seek to obtain.  Where the first three requirements for class certification have been satisfied, the [appropriateness] requirement may be considered fulfilled.  Also, class actions are often the last barricade of consumer protection. Consumer class actions provide restitution to the injured and deterrence to the wrongdoer, thus attaining the ends of equity and justice.

*Walczak v. Onyx Acceptance Corp.*, 365 Ill. App. 3d 664, 679 (Ill. App. Ct. 2d Dist. 2006) (citations omitted).

Here, where there are at least thousands of potential consumer class members, each seeking small recoveries pursuant to claims that cannot be efficiently litigated separately, a class action is clearly the appropriate vehicle to litigate this action in order to secure economies of time, effort and expense for both the Court and the parties.

**WHEREFORE**, Plaintiff respectfully requests that this Court, after allowing the parties an opportunity to complete the discovery process and fully brief the issues raised by this motion, enter an Order:  (1) certifying this case as a class action pursuant to 735 ILCS 5/2-801 *et seq.*, (2) appointing Plaintiff as representative of the Class; and (3) appointing Plaintiff's attorneys as Class Counsel.

FILED DATE: 9/13/2023 4:36 PM   2023CH08137

Dated: September 13, 2023

Respectfully submitted,

by_/s/ *Carl V. Malmstrom*_____
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
Attorney No. 38819
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott M. Priz
Attorney No. 6330308
**PRIZ LAW, LLC**
3230 S. Harlem Avenue, Suite 221B
Riverside, IL 60546
Tel: (708) 268-5768
priz@priz-law.com

Michael Liskow*
**GEORGE FELDMAN MCDONALD,**
**PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (561) 232-6002
Fax: (888) 421-4173
mliskow@4-justice.com

**pro hac vice forthcoming*

whafhch57665

6

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 1

FILED
10/2/2023 12:16 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH08137
Calendar, 1
24607118

FILED DATE: 10/2/2023 12:16 PM    2023CH08137

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| W.E.B PRODUCTION & FABRICATING, INC., individually and on behalf of all others similarly situated, | Case No. 2023CH08137 |
| Plaintiff, | Judge: Hon. Thaddeus Wilson |
| v. | |
| INSURANCE COMPANY OF THE WEST, | |
| Defendant. | |

### NOTICE AND ACKNOWLEDGMENT OF WAIVER OF SERVICE OF SUMMONS

NOTICE TO: Mark Hanover, Esq.

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

FILED DATE: 10/2/2023 12:16 PM   2023CH08137

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint was emailed to counsel for Defendant on September 14, 2023.

Date: September 14, 2023

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
Attorney No. 38819
ARDC No.6295219
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

FILED DATE: 10/2/2023 12:16 PM   2023CH08137

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter at Dentons, US LLP, 233 S. Wacker Dr., Suite 5900, Chicago, IL  60606.

Name: Mark L. Hanover

Relationship to Entity/Authority to Receive Service of Process:
Attorney for Insurance Company of the West

Signature:

Date of Signature:     September 28, 2023