ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

W.E.B Production & Fabricating, Inc.,

Plaintiff,

v.

Insurance Company of the West,

Defendant.

Case No.  23 cv 15379
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)    .

Plaintiff(s) shall recover costs from defendant(s).

---

☒      in favor of defendant(s) Insurance Company of the West ,
and against plaintiff(s) W.E.B Production & Fabricating, Inc.

Defendant(s) shall recover costs from plaintiff(s).

---

☐      other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date:  9/16/2025

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk